# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

JOHN GALLO

## WARRANT FOR ARREST

CASE NUMBER: 00-6311-CR-HUCK

MAGISTRATE JUDGE BROWN

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __JOHN GALLO__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Narcotics importation conspiracy; narcotics distribution conspiracy; money laundering conspiracy; and substantive money laundering

in violation of Title 21 United States Code, Section(s) 846
in violation of Title 18 United States Code, Section(s) 1956, 1956(h)

| | |
|---|---|
| CLARENCE MADDOX | COURT ADMINISTRATOR/CLERK OF THE COURT |
| Name of Issuing Officer | Title of Issuing Officer |
| _[signature] Jenny Butler_ | 10/31/00    FORT LAUDERDALE, FLORIDA |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at $ PRETRIAL DETENTION | BARRY S. SELTZER _[signature]_ by UNITED STATES MAGISTRATE JUDGE |
| | Name of Judicial Officer |

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest