

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**WESTERN DIVISION**
312 N. SPRING ST., RM. G-8
LOS ANGELES, CA 90012
(213) 894-3535
FAX (213) 894-6860

**SOUTHERN DIVISION**
Ronald Reagan Federal Bldg. and
United States Courthouse
411 W. Fourth St., Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**

4100 Main Street, Rm. 137-A

Riverside, CA 92501
(909) 276-6170

**SHERRI R. CARTER**
**CLERK OF COURT**

DATE: November 14, 2000

TO:   CLERK, U. S. DISTRICT COURT

Southern _____ District of Florida

United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Fl 33501

Dear Sir/Madam:

RE:   Transfer to U.S. Magistrate Judge

Case No. 00-4161m

U.S.A.  v. John Gallo

Pursuant to Rule 40 of the Federal Rules of Criminal Procedure, enclosed are the following:

1)    Certified copy of entire case file.

2)    Certified copy of docket sheet

3)    ☐ Letter re status of property bond

4)    ☐ Original bond enclosed

      ☐ Original bond to be forwarded by the Fiscal Section

      x Certified copy of final commitment

      ☐ Original Passport

      ☐ Original Declaration re: Passport

Please acknowledge receipt on the copy of this letter and return to this office.

CLERK, U. S. DISTRICT COURT

By _____

Deputy Clerk

cc:   U.S. Attorney (this district)
      U.S. Attorney (receiving district)          Ann Johnson 213/894-8266

Receipt of the above-described documents is acknowledged herewith and assigned case number:

_____

Dated: _____

CLERK, U. S. DISTRICT COURT

By _____

Deputy Clerk

CR-48 (8/99)                    LETTER RE:  RULE 40 - TRANSFER OUT

*00-6311 CR Huck*



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**WESTERN DIVISION**
312 N. SPRING ST., RM. G-8
LOS ANGELES, CA 90012
(213) 894-3535
FAX (213) 894-6860

**SOUTHERN DIVISION**
Ronald Reagan Federal Bldg. and
United States Courthouse
411 W. Fourth St., Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**

4100 Main Street, Rm. 137-A

Riverside, CA 92501
(909) 276-6170

**SHERRI R. CARTER**
**CLERK OF COURT**

DATE: November 14, 2000

TO:    CLERK, U. S. DISTRICT COURT

Southern _____ District of Florida

United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Fl 33501
Dear Sir/Madam:

RE:    Transfer to U.S. Magistrate Judge

Case No. 00-4161m

U.S.A. v. John Gallo

Pursuant to Rule 40 of the Federal Rules of Criminal Procedure, enclosed are the following:

1)    Certified copy of entire case file.

2)    Certified copy of docket sheet

3)    ☐ Letter re status of property bond

4)    ☐ Original bond enclosed

☐ Original bond to be forwarded by the Fiscal Section

x Certified copy of final commitment

☐ Original Passport

☐ Original Declaration re: Passport

Please acknowledge receipt on the copy of this letter and return to this office.

CLERK, U. S. DISTRICT COURT

By _____
                                        Deputy Clerk

cc:    U.S. Attorney (this district)
       U.S. Attorney (receiving district)          Ann Johnson 213/894-8266

Receipt of the above-described documents is acknowledged herewith and assigned case number:

_____

Dated: _____          CLERK, U. S. DISTRICT COURT

By _____
                                        Deputy Clerk

CR-48 (8/99)                    LETTER RE: RULE 40 - TRANSFER OUT



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA



**WESTERN DIVISION**
312 N. SPRING ST., RM. G-8
LOS ANGELES, CA 90012
(213) 894-3535
FAX (213) 894-6860

**SOUTHERN DIVISION**
Ronald Reagan Federal Bldg. and
United States Courthouse
411 W. Fourth St., Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**

4100 Main Street, Rm. 137-A

Riverside, CA 92501
(909) 276-6170

**SHERRI R. CARTER**
**CLERK OF COURT**

DATE: November 14, 2000

TO:   CLERK, U. S. DISTRICT COURT

　　　Southern　　　　　　　　　　　　　District of Florida

United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Fl 33501

Dear Sir/Madam:

　　　RE:   Transfer to U.S. Magistrate Judge

　　　　　　Case No. 00-4161m

　　　　　　U.S.A.　v. John Gallo

Pursuant to Rule 40 of the Federal Rules of Criminal Procedure, enclosed are the following:

1)　　Certified copy of entire case file.

2)　　Certified copy of docket sheet

3)　　☐ Letter re status of property bond

4)　　☐ Original bond enclosed

　　　☐ Original bond to be forwarded by the Fiscal Section

　　　x Certified copy of final commitment

　　　☐ Original Passport

　　　☐ Original Declaration re: Passport

Please acknowledge receipt on the copy of this letter and return to this office.

CLERK, U. S. DISTRICT COURT

By

Deputy Clerk

cc:　　U.S. Attorney (this district)
　　　U.S. Attorney (receiving district)　　　　Ann Johnson 213/894-8266

Receipt of the above-described documents is acknowledged herewith and assigned  case number:

Dated:

CLERK, U. S. DISTRICT COURT

By

Deputy Clerk

CR-48 (8/99)　　　　　　　　　　LETTER RE:  RULE 40 - TRANSFER OUT

                                                    TERMED

                        U.S. District Court
            Central District of California (Western Div.)

            CRIMINAL DOCKET FOR CASE #: 00-M -4161-ALL

USA v. Galo                                     Filed: 11/06/00
Dkt# in other court: None

Case Assigned to:    Unassigned

JOHN PAUL GALO (1)              James Dale Henderson
        defendant                [term  11/07/00]
    [term  11/07/00]            [COR LD NTC ret]
                                Wehner & Perlman
                                12121 Wilshire Blvd
                                Ste 1120
                                Los Angeles, CA 90025-1123
                                310-478-3131


Pending Counts:

    NONE


Terminated Counts:

    NONE



Complaints                          Disposition

Dft in viol of 21:846 and       Court orders defendant held to
18:1956, 1956(h)                answer to the Southern
                                District of Florida.
                                (-1)



U. S. Attorneys:

    NONE




Docket as of November 14, 2000 4:16 pm          Page 1

Proceedings include all events.                                    TERMED
2:00m 4161-ALL USA v. Galo

11/6/00   2      REPORT COMMENCING CRIMINAL ACTION as to John Paul Galo
                 arrested on 11/4/00. Defendant's date of birth: 7/5/44. (ej)
                 [Entry date 11/14/00]

11/6/00   1      AFFIDAVIT RE OUT-OF-DISTRICT WARRANT filed as to John Paul
                 Galo, originating in the USDC, Southern District of
                 Florida, at Fort Lauderdale.  Defendant charged in
                 violation of: 21:846 and 18:1956, 1956(h).  Signed by agent
                 Buckley Special Agent FBI. (ej) [Entry date 11/14/00]

11/6/00   3      DEFENDANT John Paul Galo arrested on warrant issued from
                 USDC, Southern District of Florida at Fort Lauderdale. (ej)
                 [Entry date 11/14/00]

11/6/00   4      MINUTES OF ARREST ON O/D WARRANT held before Magistrate
                 Judge Stephen E. Miller as to John Paul Galo: Defendant
                 arraigned.  Retained attorney James Dale Henderson
                 present. Court orders John Paul Galo temporarily
                 detained. Defendant committed to the custody of the U. S.
                 Marshal. Detention hearing set for 2:00pm on 11/7/00. (ej)
                 [Entry date 11/14/00]

11/6/00   5      NOTICE filed as to John Paul Galo of initial appearance
                 before a part time magistrate judge and further scheduling.
                 (ej) [Entry date 11/14/00]

11/7/00   6      MINUTES OF DETENTION HEARING held before Magistrate Judge
                 Andrew J. Wistrich as to John Paul Galo: Court orders John
                 Paul Galo permanently detained.  Court orders John Paul
                 Galo held to answer to USDC, Southern District of Florida
                 at Fort Lauderdale.    Tape No.: 00-46 (ej)
                 [Entry date 11/14/00]

11/7/00   7      WAIVER OF RULE 40 HEARINGS filed by John Paul Galo, waiving
                 Arrival of process & identity. (ej) [Entry date 11/14/00]

11/7/00   8      NOTICE OF REQUEST FOR DETENTION filed by USA as to John
                 Paul Galo. (ej) [Entry date 11/14/00]

11/7/00   9      ORDER OF DETENTION  by Magistrate Judge Andrew J. Wistrich
                 as to John Paul Galo  (cc: all counsel) (ej)
                 [Entry date 11/14/00]

11/7/00   10     ORDER OF TEMPORARY DETENTION PENDING HEARING Pursuant to
                 Bail Reform Act filed  by Magistrate Judge Stephen J.
                 Hillman as to John Paul Galo. (ej) [Entry date 11/14/00]

11/7/00   11     ORDER filed  by Magistrate Judge Stephen J. Hillman  as to
                 John Paul Galo:( Temporary Commitment)  (cc:  all counsel)
                 (ej) [Entry date 11/14/00]

11/9/00   12     FINAL COMMITMENT AND WARRANT OF REMOVAL  by Magistrate
                 Judge Margaret A. Nagle as to John Paul Galo, to USDC,
                 Southern District of Florida at Fort Lauderdale. (ej)

Proceedings include all events.                                        TERMED
2:00m 4161-ALL USA v. Galo

       [Entry date 11/14/00]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CLERK, U.S. DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| Plaintiff, | 00-4161M |
| v. | |
| JOHN GALLO | FINAL COMMITMENT AND WARRANT OF REMOVAL TO |
| Defendant. | Southern _____ DISTRICT OF _ Florida |
| | AT _ Fort Lauderdale _____ |
| | (City) |

**TO:    UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

The above-named defendant is hereby remanded to your custody and you are hereby ORDERED to remove him/her forthwith, along with a certified copy of this Commitment, to the custodian of a place of confinement within the District of Origin, approved by the Attorney General of the United States, where the defendant shall be received and safely kept until discharged in due course of law.

This defendant was arrested in this District after:
☐    filing of a complaint before a U.S. Magistrate Judge
☒    an indictment by a Grand Jury
☐    a bench warrant issued by a U.S. District Judge/Magistrate Judge/Clerk from the District of Origin charging that on or about

February 1996 and following October 11, ___, 19 2000, in the District of Origin, the defendant did:

ENTER ON ICMS

NOV 1 4 2000

in violation of Title(s) _ 21; 18 _____, U.S.C., Section(s) _ 846; 1956; 1956(h) _____
The defendant has now: U.S. Magistrate Judge Andrew Wistrich
☒    duly waived identity hearing before me on _ Nov. 7, 2000 _____, XX ____.
☐    duly waived preliminary examination before me on _____, 19 _____.

☐    had a hearing before me on _____, 19 _____, and it appears that there is probable cause to believe that the offense so charged has been committed and that the defendant has committed it.

☐    had a hearing before me on _____, 19_____, and it appears that the defendant is the person named as charged, and
     ☐    BAIL HAS BEEN SET AT $_____ BUT HAS NOT BEEN POSTED.
     ☐    NO BAIL HAS BEEN SET.
     ☒    PERMANENT DETENTION HAS BEEN ORDERED.
     ☐    TEMPORARY DETENTION HAS BEEN ORDERED.

DATED: Nov. 8, 2000 _____         _Margaret A. Nagle_
                                              UNITED STATES MAGISTRATE JUDGE

**RETURN**

Received this commitment and designated prisoner on _____, 19___, and on _____
19___, committed him to _____ and left with the custodian at the same time a certified copy of the within temporary commitment.

UNITED STATES MARSHAL
CENTRAL DISTRICT OF CALIFORNIA

DATED:_____         By_____, Deputy

M-15 (08/99)                    FINAL COMMITMENT AND WARRANT OF REMOVAL         12

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CASE NO. __00-AX 4161M__       DATE Nov. 7, 2000

TITLE: United States of America -v-   JOHN GALLO

HONORABLE __ANDREW J. WISTRICH__ , U. S. Magistrate Judge

__Ysela Benavides__      _____      _____
  Deputy Clerk           Tape No.        Assistant U.S. Attorney

__John Gallo__       __James Henderson__       _____
  Defendant       Counsel for Defendant       Interpreter

☑ Present   ☐ Not Present     ☐ Present   ☐ Not Present
☐ Bond     ☒ Custody      ☐ Panel   ☐ Retd   ☐ DFPD

## DETENTION HEARING

____ Matter called for temporary/permanent detention hearing.

____ Court finds probable cause to believe that the offense so charged has been committed and that the defendant has committed it.

____ Witnesses CST (see separate list). ____Exhibits Marked/Admitted (see separate list).

__✓__ Court finds ~~presumption under 18 USC 3142e_____~~ has not been rebutted and ORDERS DEFENDANT PERMANENTLY DETAINED. See separate detention order.

____ Court finds presumption under 18 USC 3142e _____ has been rebutted and therefore, sets bail. See below for bail information.

____ Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.

____ Court further orders U.S. Attorney to notify _____.
                             (Name of appropriate officials)

____ Court orders further bail hearing to be set on _____ at _____, Courtroom _____ if _____ fails or declines to take custody of defendant.
(Name of appropriate officials)

____ Court does not find sufficient cause to temporarily detain defendant and sets bail. See below for bail information.

____ Court orders case continued to _____ at _____ for _____
_____ ☐ Other
_[handwritten]_ _govmnt wins race to statute. Defendant does not contest detention on this detent_
_[handwritten]_ _Defend HTA 51.0 9/onan_

## BAIL INFORMATION

Bail as to the above named defendant is set at $_____ P/R   C/S   A/B   with _____ %
deposit   w/o dep   w/sur   w/o sur   w/just   full   post NLT _____ or appear before
Magistrate _____ on _____ at _____ AM/PM w/PSA / INT SUPV.
Release Ordered No. _____ .

____ You are to surrender to the Clerk of Court any passport issued in your name and not apply for the issuance of a passport during the pendency of this case.

____ Travel restricted to _____

____ You are to reside with _____ .

____ Bail is subject to Nebbia Hearing

____ You are not to use illegal drugs and are to cooperate with Pretrial Services in a drug testing program.

____ You are to participate in a residential drug/alcohol treatment program as approved by Pretrial Services.

____ Other conditions: _____

_[stamps: ENTER ON ICMS  NOV 14 2000]_
_[stamp: CLERK U.S. DISTRICT COURT  NOV 14 2000  CENTRAL DISTRICT OF CALIFORNIA  BY]_

M-76 (10/85)          RECORD OF PROCEEDINGS
PERMANENT DETENTION HEARING/TEMPORARY DETENTION HEARING

cc: AUSA – Blue
      Defendant – Yellow
      Pre-Trial – Pink
      Microfilm – Green

1  ALEJANDRO N. MAYORKAS
   United States Attorney
2  JOHN S. GORDON
   Assistant United States Attorney
3  Chief, Criminal Division
   Peter Hernandez    (SBN:#178104 )
4  Assistant United States Attorney
               1200 United States Courthouse
5              312 North Spring Street
               Los Angeles, California 90012
6              Telephone: (213) 894-2423

7  Attorneys for Plaintiff
   United States of America

8

9

10                 UNITED STATES DISTRICT COURT

11          FOR THE CENTRAL DISTRICT OF CALIFORNIA
                             00-4161 M (CENTRAL DISTRICT OF CAL #)
12  UNITED STATES OF AMERICA,  )  Case No. 00-6311 CR-HUCK (FLORIDA CASE NO.)
                               )
13              Plaintiff,     )  GOVERNMENT'S NOTICE OF REQUEST
                               )  FOR DETENTION
14                             )
                               )
15          v.                 )
                               )
16                             )
                               )
17  John Gallo                 )
                               )
18                             )
                               )
19                             )
                Defendant.     )
20                             )
                               )
21  _____)

22

23          Plaintiff, United States of America, by and through its

24  counsel of record, hereby requests detention of defendant and gives

    notice of the following material factors:
25
            ____  1.  Temporary 10-day Detention Requested (§ 3142(d))
26
                      on the following grounds:
27
            ____  a.  offense committed while defendant was on release
28

1          pending (felony trial), (sentencing) (appeal) or

2          on (probation) (parole);

3     ___   b. alien not lawfully admitted for permanent

4          residence;

5     ___   c. flight risk;

6     ___   d. danger to community.

7  ✓   2.  <u>Pretrial Detention Requested (§ 3142(e)) because no</u>

8          <u>condition or combination of conditions will</u>

9          <u>reasonably assure against</u>:

10    ✓    a. danger to any other person or the community;

11    ✓    b. flight.

12    ___   3.  <u>Detention Requested Pending Supervised</u>

13          <u>Release/Probation Revocation Hearing (Rules 32.1,</u>

14          <u>46, § 3143) because defendant cannot establish a</u>

15          <u>condition or combination of conditions that will</u>

16          <u>reasonably assure against</u>:

17    ___   a. Danger to any other person or the community;

18    ___   b. Flight.

19    ___   4.  <u>Presumptions Applicable to Pretrial Detention (18</u>

20          <u>U.S.C. § 3142(e))</u>:

21    ___   a. Title 21 offense with 10-year or greater maximum

22          penalty (presumption of danger to community and

23          flight risk);

24    ___   b. firearm used or carried during offense (18 U.S.C.

25          § 924(c)) (presumption of danger to community and

26          flight risk);

27    ___   c. offense under Maritime Drug Law Enforcement Act

28          (46 U.S.C. App. 1901 et seq.) (presumption of

1           danger to community and flight risk);

2     _____ d. defendant currently charged with (I) crime of

3           violence, (II) offense with maximum sentence of

4           life imprisment or death,(III) Title 21 offense

5           with ten year or greater maximum sentence, or

6           (IV) state or local offense that would qualify

7           under I, II, or III if federal jurisdiction were

8           present, and defendant was previously convicted

9           of a crime listed in I, II, or III committed

10          while on release pending trial, and the current

11          offense was committed within five years of

12          conviction or release from prison on the above-

13          described previous conviction (presumption of

14          danger to community).

15   ✓   5.   **Government is Entitled to Detention Hearing**

16         **Under § 3142(f) Based on the Following:**

17    _____ a. crime of violence (defined in 18 U.S.C. § 3156);

18    ✓ b. maximum sentence is life imprisonment or death;

19    ✓ c. Title 21 offense with maximum sentence of ten

20         years or more;

21    _____ d. instant offense is felony and defendant has two

22         or more convictions for a crime set forth in a-c

23         above or for an offense under state or local law

24         that would qualify under a, b, or c if federal

25         jurisdiction were present;

26    ✓ e. serious risk of flight;

27    _____ f. serious risk of (obstructing justice or

28         attempting to obstruct justice)(threatening,

injuring, or intimidating witness or juror, or attempting to do so).

6. Government requests continuance of __3__ days for detention hearing based upon the following reason: __

_No gov't attorney at Initial Appearance._

7. Good cause for continuance in excess of three days exists in that:

_____

_____

_____

_____

DATED:  NOV. 06, 2000

Respectfully submitted,

ALEJANDRO N. MAYORKAS
United States Attorney

Peter A. Hernandez
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

4

FILED
CLERK US DISTRICT COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>_John P. Gallo_<br><br>DEFENDANT. | MAGISTRATE JUDGE'S<br>DOCKET NUMBER _CC - 4161 M_<br><br>CASE NUMBER_____<br><br>WAIVER OF ARRIVAL OF PROCESS<br>AND / OR FINDING OF IDENTITY<br>(Violation of Probation /Supervised Release Cases)<br>(Rule 40(d)) |

I, _John Paul Gallo_ , understand that in the

_Southern_ District of _Florida_ ,charged with violation of

probation /supervised release, Title 18 USC _1956  et et_ and having been arrested in the

Central District of California and taken before _U.S Magistrate Andrew J. Wistrich_ , a United States

Magistrate Judge for that district, who informed me of my right to arrival of the warrant or certified copy

thereof and of finding of identity, do hereby waive arrival of process and finding of identity and consent to

be removed to the _Southern_ District of _Florida_ where the aforesaid

warrant was issued.

ENTER ON ICMS
NOV 14 2000

CLERK U.S DISTRICT COURT
NOV 14 2000
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

_____
Defendant

_____
Defense Counsel

DATED: _11/7/00_

_____
UNITED STATES MAGISTRATE JUDGE

⑦



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
         )
     Plaintiff, )
         )
    v.       )   ORDER OF DETENTION AFTER HEARING
         )   (18 U.S.C. § 3142 (i))
         )
         )
         )
John Paul Gallo   Defendant. )
         )

ENTER ON ICMS

NOV 1 4 2000

I.

A.   (   )On motion of the Government involving an alleged

   1.   (   )   crime of violence;

   2.   (   )   offense with maximum sentence of life
         imprisonment or death;

   3.   (   )   narcotics or controlled substance offense
         with maximum sentence of ten or more years
         (21 U.S.C. §§ 801,/951, et. seq.,/955a);

   4.   (   )   felony - defendant convicted of two or more
         prior offenses described above.

///
///
///

-1-

B.   On motion ( ) (by the Government)/(  ) (by the Court

    sua sponte involving)

       1.   ( ) serious risk defendant will flee;

       2.   ( ) serious risk defendant will

           a.   ( ) obstruct or attempt to obstruct

                justice;

           b.   ( ) threaten, injure, or intimidate a

                prospective witness or juror or

                attempt to do so.

                    II.

The Court finds no condition or combination of conditions

will reasonably assure:

    A.   (✓) appearance of defendant as required;

              and/or

    B.   (  ) safety of any person or the community;

                III.

The Court has considered:

    A.   (✗) the nature and circumstances of the offense;

    B.   (✓) the weight of evidence against the defendant;

    C.   (✓) the history and characteristics of the defendant;

    D.   (✓) the nature and seriousness of the danger to any

          person or to the community.

                IV.

The Court concludes:

    A.   (  ) Defendant poses a risk to the safety of other

          persons or the community because: _____

          _____

          _____

B.  (   ) History and characteristics indicate a serious

risk that defendant will flee because: _____

_nature of allegations_ _financial_
_resources abroad, extensive foreign_
_ties_

C.  (   ) A serious risk exists that defendant will:

  1.  (   ) obstruct or attempt to obstruct justice;

  2.  (   ) threaten, injure or intimidate a
          witness/juror;

  3.  (   ) attempt to threaten, injure or intimi-
          date a witness/juror;

  Because: _____

  _____

  _____

  _____

D.  (   ) Defendant has not rebutted by sufficient evidence

      to the contrary the presumption provided in

      18 U.S.C. § 3142(e).

  _submitted to detention without prejudice_

IT IS ORDERED defendant be detained prior to trial.

  IT IS FURTHER ORDERED that defendant be confined as far as

practicable in a corrections facility separate from persons

awaiting or serving sentences or persons held pending appeal.

///

///

///

_to right to contest custody in_
_S.D.Fla_

CR-94                          -3-

1    IT IS FURTHER ORDERED that defendant be afforded reason-

2    able opportunity for private consultation with his counsel.

3

4    DATED:

5

6

7                              U. S. MAGISTRATE/DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CR-94                          -4-

FILED
CLERK, U.S. DISTRICT COURT

NOV - 7 2000

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|

PLAINTIFF

CR- 00-4161 M (CENTRAL DISTRICT OF CALIFORNIA #)
CR- 00-6311 CR-HUCK (SOUTHERN DISTRICT OF FLORIDA#)

v.

JOHN GALLO

### ORDER OF TEMPORARY DETENTION
### PENDING HEARING PURSUANT
### TO BAIL REFORM ACT

DEFENDANT.

Upon motion of _____GOVERNMENT_____, IT IS ORDERED that a detention hearing is set for
____NOVEMBER 7, 2000____, XXX 2000, at ____2:00____ XXX / p.m. before the Honorable
____TBA____, in Courtroom 1439 ROYBAL FEDERAL BUILDING

Pending this hearing, the defendant shall be held in custody by the United States Marshal or_____
SAN BERNARDINO COUNTY SHERIFF____ and produced for the hearing.
(Other custodial officer)

DATED: 11-6-00 _____

1084

ENTER ON ICMS

NOV 14 2000

U.S. DISTRICT JUDGE/MAGISTRATE JUDGE

CR-66 (10/97)   ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

# United States District Court
## Central District of California

United States of America,

Case Number: 00-4161 M (CALIFORNIA CASE NO.)
00-6311 CR HUCK (FLORIDA CASE#

Plaintiff

v.

JOHN GALLO

Defendant

**TEMPORARY COMMITMENT**

of

JOHN GALLO

FILED
CLERK, U.S DISTRICT COURT

NOV – 7 2000

CENTRAL DISTRICT OF CALIFORNIA

TO:    The United States Marshal of the Central District of California:

YOU ARE HEREBY COMMANDED to take custody of the above-named defendant and to commit him/her with a certified copy of this commitment to the custodian of a place of confinement within the Central District of California approved by the Attorney General of the United States where the defendant shall be received and afely kept until discharged in due course of law.  The above-named defendant has been arrested but not yet fully examined by me upon the complaint of _____ GOVERNMENT _____, charging that on or about _____ JANUARY 1, _____, 19 98 ____, at _ PORT EVERGLADES, FLORIDA, BROWARD COUNTY _ in the _ SOUTHERN _ District of _ FLORIDA _ the defendant did _ AND ELSEWHERE _

knowingly and willfully combine, conspire, confederate and agreed with others
and with persons known and unknown to the Grand Jury, to import into the
United States controlled substances, that is, in excess of five kilograms of
cocaine and in excess of 1000 kilograms of marijuana, and agreed to launder
illegal drug proceeds on behalf of members of the conspiracy for the purpose of
promoting the success of the drug organization and concealing illegal profits
from law enforcement scrutiny.

in violation of U.S.C., Title(s) _ 21 & 18 _, Section(s) 846(a), 1956 & 1956(h)
and he/she has been directed to furnish bail in the sum of _____ dollars($ ____ )
for his appearance before me at _____ in accordance with all my orders and directions relating thereto, and he has failed to do so.

DATED: _ 11-6-00 _

UNITED STATES MAGISTRATE JUDGE

1084

---

**RETURN**

Received this commitment and designated prison on _____, 19____, and on _____
19____, committed him to _____ and left with the custodian at the same time a
certified copy of the within temporary commitment.    NOV 4 2000    ENTER on CMS

UNITED STATES MARSHAL
CENTRAL DISTRICT OF CALIFORNIA

DATED: _____    By _____ Deputy

M-73 (10/97)    MAGISTRATE JUDGE'S TEMPORARY COMMITMENT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>JOHN GALLO<br><br>DEFENDANT. | CASE No.: 00-4161 M (CENTRAL DISTRICT OF CALIFORNIA #)<br>─────── 00-6311 CR-HUCK (SOUTHERN DISTRICT-FLORII<br>☐ COMPLAINT<br>☐ AFFIDAVIT FILED: _____<br><br>VIOLATION _21 USC §846; 18 USC §§1956 & 1956(h)_<br><br>TAPE No. _____ DATE _11-6-00_<br><br>**PROCEEDINGS SHEET - LOCAL/OUT-OF-DISTRICT CASE** |

**1. PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE** ___STEPHEN MILLER___

**PRESENT:** ___LISA M. TOVAR___ _____ _____ _____
          Deputy Clerk                      Assistant U.S. Attorney                      Interpreter / Language

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; and
    ☐ preliminary hearing   OR  ☑ removal hearing / Rule 20.
☐ Defendant states true name ☐ is as charged ☐ is _____
☑ Defendant advised of consequences of false statement in financial affidavit.
☐ Attorney: _Jim Henderson_     ☑ Retd ☐ Apptd. ☐ S/A ☐ DFPD ☐ Panel ☐ Poss. Contribution Ordered
☑ Upon request of the Government, defendant is ordered: ☐ Permanently Detained  ☑ Temporarily Detained
☐ Bail set at $ ___not set · detained___

| **TYPE OF BOND** | **CONDITIONS OF RELEASE** |
|---|---|
| ☐ Personal Recognizance (Signature only-no dollar amount) | ☐ PSA Supervision     ☐ Intensive |
| ☐ Unsecured Appearance Bond in amount of $_____ | ☐ Surrender passport |
| ☐ Appearance Bond in amount of $_____ | ☐ Bail subject to Nebbia Hearing |
|     ☐ with cash deposit (amount or %) _____ | ☐ Travel restricted to C/D CA;_____ |
|     ☐ with affidavit of surety (no justification) (Form CR-4) | ☐ Avoid places of egress |
|     ☐ with justification affidavit of surety (Form CR-3) | ☐ Alcohol/Drug testing _____ |
|     ☐ with deeding of property | ☐ Not illegally use or possess drugs or be in the presence of |
| ☐ Collateral Bond in amount of $_____ |     anyone illegally using or possessing drugs. |
|     (cash or negotiable securities) | ☐ Release only to PSA |
| ☐ Corporate Surety Bond in amount of $_____ | ☐ Residence approved by PSA |
|     (Corporate Surety Bond requires separate form) | ☐ Not possess firearms or be in the presence of anyone using |
| ☐ Release NOW and justify by _____  OR |     or possessing firearms |
|     appear before Magistrate Judge _____ | ☐ Other_____ |
|     at _____ AM/PM on_____ | |

☑ Defendant committed to the custody of the U.S. Marshal.   ☐ Preliminary Hearing waived.
☐ Prelim. Hearing set for _____, 4:30 PM Post-Indict Arrn. set for _____ at 8:30 AM
☐ Defendant's motion to dismiss for lack of probable cause: ☐ DENIED ☐ GRANTED
☐ Defendant executes waiver of removal hearing and arrival of process.
☐ Process received. ☐ Defendant executes Rule 20 consent forms.
☐ Court ORDERS defendant Held to Answer to _____ District of_____
    ☐ Bond to transfer. Defendant to report on or before _____
    ☐ Warrant of removal and final commitment to issue.
☑ Case continued to _NOVEMBER 7, 2000_ at _2:00_ XXM/PM for _CONTINUED DETN/BAIL._
☐ Other _____ _in Los Angeles 1439 Roybal_ _____

*(stamp)* ENTER ON ICMS    NOV 1 2000

**2. BOND POSTED:**   Date_____.     Release ORDERED. No. _____
    Defendant's address and phone: _____

By ___L. TOVAR___
                     Deputy Clerk
cc: AUSA
M-5 (2/99)      PROCEEDINGS SHEET - LOCAL / OUT-OF-DISTRICT CASE

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOHN GALLO

Defendant.

**CASE NUMBER**

00-4161 M (CALIFORNIA CASE NO.)
00-6311 CR-HUCK (SOUTHERN DISTRICT OF FLORIDA #)

NOTICE OF INITIAL APPEARANCE BEFORE
A PART-TIME MAGISTRATE JUDGE AND
FURTHER SCHEDULING

Violation: _21 USC §846, 18 USC §§1956, 1956(h)_
Charging Agency:_____FBI - PALM SPRINGS_____

## All Criminal Felony or Class A Misdemeanor Cases:

Name of defendant:_____ JOHN GALLO _____

Date of initial appearance:_____ 11-6-00 _____

Appearance before Part-time Magistrate Judge:_____ STEPHEN MILLER _____

Defendant remanded to custody of U.S. Marshal:        ☐ YES       ☐ NO

Facility defendant retained at _Central Detention Center - San Bernardino_

Request for detention filed:     ☒ YES        ☐ NO

Bond set: ☐ YES  ☐ NO  Amount:$___detained___  Defendant released on bond: ☐ YES  ☐ NO

Date and time of detention hearing:_____ NOVEMBER 7, 2000 _____ at _2:00 PM_ ___a.m./p.m.

Date and time of hearing re appointment of counsel and/or review of bail:___ NOVEMBER 7, 2000 ___ at

___2:00___a.m./p.m. before the Duty Magistrate Judge at: ☒ Los Angeles  ☐ Riverside  ☐ Santa Ana

## Central District of California cases only:

Preliminary hearing date:_____

Post-Indictment arraignment date:_____

before the Duty Magistrate Judge at:  ☐ Los Angeles  ☐ Riverside  ☐ Santa Ana

## Out-of-District cases only:

Arrival of Process:   ☐ YES   ☐ NO

Date and time of Arrival of Process hearing:__[NOT SET]__ER ON ICMS__ at _____a.m./p.m.

NOV 1 2000

Date and time of ID hearing:_____ at _____a.m./p.m.

Date and time of removal hearing: _____ at _____a.m./p.m.

before the Duty Magistrate Judge at:  ☐ Los Angeles  ☐ Riverside  ☐ Santa Ana

CLERK, U. S. DISTRICT COURT

DATED:___ 11-6-00 ___                    By_ L. TOVAR _____

Deputy Clerk

cc by fax:     Criminal Section Supervisor, Clerk's Office
              Administrative Support, Court Operations, U.S. Marshal's Office
              Deputy Chief, Complaints Unit, U.S. Attorney's Office
              Chief Deputy, Federal Public Defender's Office
              Supervisor, Pretrial Services Officers, Pretrial Services Agency

M-44 (6/96)   NOTICE OF INITIAL APPEARANCE BEFORE A PART-TIME MAGISTRATE JUDGE AND FURTHER SCHEDULING

# United States District Court

SOUTHERN                    DISTRICT OF                    FLORIDA

UNITED STATES OF AMERICA

V.

JOHN GALLO

## WARRANT FOR ARREST

CASE NUMBER: 00 - 6311

CR - HUCK MAGISTRATE JUDGE BROWN

TO:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   JOHN GALLO

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X ]Indictment   [   ]Information   [   ]Complaint   [   ]Order of court   [   ]Violation Notice   [   ]Probation Violation Petition

charging him or her with (brief description of offense)

Narcotics importation conspiracy; narcotics distribution conspiracy; money laundering conspiracy; and substantive money laundering

in violation of Title 21 United States Code, Section(s)  846
in violation of Title 18 United States Code, Section(s)  1956, 1956(h)

| CLARENCE MADDOX | COURT ADMINISTRATOR/CLERK OF THE COURT |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| Signature of Issuing Officer | 10/31/00    FORT LAUDERDALE, FLORIDA |
| | Date and Location |
| Bail fixed at $ PRETRIAL DETENTION | BARRY S. SELTZER |
| | by UNITED STATES MAGISTRATE JUDGE |
| | Name of Judicial Officer |

## RETURN

ENTER ON ICMS

NOV 1  2000

This warrant was received and executed with the arrest of the above named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF OFFICER |
|---|---|---|
| DATE OF ARREST | INFORMATION COPY ONLY MAKE RETURN ON ORIGINAL WARRANT WITH UNITED STATES MARSHAL | INFORMATION COPY ONLY MAKE RETURN ON ORIGINAL WARRANT WITH UNITED STATES MARSHAL |

AO 442 (Rev. 12/85) Warrant for Arrest

(3)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**PLAINTIFF,**<br><br>-VS-<br><br>JOHN GALLO<br><br><br>**DEFENDANT(S).** | **CASE NUMBER**<br>00-4161 M (CENTRAL DISTRICT OF CALIF. #)<br>00-6311 CR HUCK (SOUTHERN  DISTRICT OF FLORII<br><br>**AFFIDAVIT RE**<br><br>**OUT-OF-DISTRICT WARRANT** |

The above-name defendant was charged by:

☑Indictment  ☐Information  ☐Complaint  ☐Bench Warrant for:  ☐Probation Violation

☐Failure to Appear

in the ___Southern___ District of ___Florida___ on ___10/31/2000___

at _____. The offense was allegedly committed on or about ___2/96 - present___

in violation of Title: ___21/18___ U.S.C., Section(s) ___846 / 1956 , 1956(h)___ to wit: ___Narcotics importation___ ___conspiracy; narcotics distribution conspiracy; money laundering conspiracy; and substantive___ ___money laundering.___

A warrant for defendant's arrest was issued by:

☑Magistrate Judge ___Barry S Seltzer___  ☐Judge_____

Bond of $ ___Pretrial Detention___ was: ☑Set  ☐Recommended

Type of Bond: ☐Personal Reconginzance  ☐Appearance  ☐Corporate Surety  ☐Unknown or Unspecified

Relevant document(s) on hand (attach):_____

_____

_____

ENTER ON ICMS

NOV 14 2000

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my

presence on ___11-06-00___ .

_Signature_

___Buckley___
**Last Name (Printed)**

___Special Agent    FBI___
**Agency and Title**

_____
**Deputy Clerk**

M-28  (03/93)    **AFFIDAVIT RE OUT-OF-DISTRICT WARRANT**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | CR-00-4161 M (CALIFORNIA CASE NO.) 00-6311 CR-HUCK (SOUTHERN DISTRICT OF FLORIDA CASE NO.) |
| v. JOHN GALLO | REPORT COMMENCING CRIMINAL ACTION |
| DEFENDANT(S). | |

TO:   CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed.  Information not applicable or unknown will be indicated as "N/A".

1) Date and time of arrest ___November 4, 2000___ ___6:12___ a.m./p/m.

2) Charges under which defendant has been booked at Metropolitan Detention Center (MDC)_____
   T21, USC, Section 846, T18 USC, Sections 1956, 1956(h)

3) Offense charged is a:   ☑ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

4) U.S. Citizen:   ☑ Yes   ☐ No   ☐ Unknown

5) Date of Birth:___7-5-44___

6) The defendant is:   ☑ Presently in custody on this charge.
   ☐ At liberty on bond posted before a Magistrate Judge.
   ☐ At liberty and warrant is requested.
   Federal   ☐ In custody on another conviction.
   State   ☐ In custody awaiting trial on these charges.

7) Place of detention (if out-of-district):___Riverside Sheriff's Jail, Indio, CA___

8) Date detainer placed on defendant:___10/31/00___

9) This is a reprosecution of previously dismissed charges.  (Docket/Case No.___N/A___)

10) Name of Pretrial Services Officer:___N/A___

11) Remarks (if any):___N/A___

12) Date:___11/6/2000___   13) ___Q. Buckley___
                                      Signature

ENTER ON ICMS
NOV 14 2000

14) ___James Buckley___
          Name

15) ___Special Agent, FBI___
          Title

② (circled)

CR-64 (10/93)        REPORT COMMENCING CRIMINAL ACTION

| Time Agent Called: _____ |
| Time Called P.D.: _____ |

## PSA INTAKE SHEET
## & CLETS REQUEST FORM

**NAME:** [L]_____ [F]_____ [M]_____

**AKA'S:** _____

**DOB:** 7-5-44  **SEX:** M  F  **RACE:** ___  **Ht.** 5'10"  **Wt.** 165

**POB:** Brooklyn NY  **EYES:** Blue  **HAIR:** Gray  **SS#** 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

**FBI#** _____  **CII#** _____  **CDL#** N2015985  **INS#** _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

[ ] ARRESTING/ CASE AGENT: Jim Buckley  **AGENCY** FBI Palm Springs  **PHONE #** 760/

**ARRESTED FOR:** T 21, USC, Section 846: T 18, USC, Sections 1956, 1956(h) 320-0300

**CO-DFDT:** _____

| **ARREST DATE:** 11/4/00 | **TIME OF ARREST:** 6:10 Am | **OFFENSE DATE:** |
|---|---|---|

| Weapons  NO | Total Loss |
| Drug use  NO | Resisted  NO |
| Amt of drugs  N/A | Medical problems  Mr None Known N |
| Culpability/Role | Danger and Flight |
| Injuries | |

[✓] Legal  [ ] Illegal  Language Spoken  English    Interp. Notified at: _____ am pm

On [ ] Probation [ ] Parole  Office: _____  P.O. _____

| [ ] CDC CASE | [✓] O/D CASE |
|---|---|
| [ ] Arrested with a warrant...Date Issued _____ | District: Southern District Florida |
| [ ] Arrested without a warrant | Comp/Indict Warrant Date: 10/3/00 |
| [ ] Self surrender | Their Docket # 00-6311  Bail Rec. $ Pretrial Detention |
| [ ] Have [ ] Complaint or [ ] Indictment | [ ] Judge [✓] Mag/Judge Barry S. Seltzer |
|     [ ] Fax [ ] Walk-in or [ ] Unable to provide | [ ] Prob. Viol. [ ] Supv. Rel. [ ] Escape [ ] UFAP |
| [ ] Working on Complaint   Docket No. _____ | [ ] FTA for: _____  PSA Contacted _____ |
| [ ] Should be on Calendar at _____ am pm | [ ] Should be on Calendar at _____ am pm |
| Bail Recommendation $ _____ | AUSA in other district: Michael Dittoe  Ph # |
| AUSA working case: _____  Ext: _____ | 954/356-7255 |
| | x 356C |

| **O.D. CHECK LIST** | **PACTS INDEX INFORMATION** |
|---|---|
| [ ] Here now & Ready to Interview | |
| [ ] Expected ETA _____ | PACTS NO. _____ |
| Case Assigned To: _____ | [ ] PACTS searched |
| Date: _____  Time Assigned: _____ |   [ ] No Record |
| |   [ ] Name Found |
| Intake Information Taken By: _____ | Verified by: |

[ ] Written  [ ] Refusal  [ ] Memo [ ] Oral [ ] No Rpt Req'd  [ ] Santa Ana  *Supv's Init* _____