AO 442 (Rev. 12/85) Warrant for Arrest    Michael J. Dittoe, AUSA

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA    523863

UNITED STATES OF AMERICA
V.
JOHN GALLO

**WARRANT FOR ARREST**

CASE NUMBER: 00-6311

CR - HUCK    MAGISTRATE JUDGE BROWN

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __JOHN GALLO__
                                          Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Narcotics importation conspiracy; narcotics distribution conspiracy; money laundering conspiracy; and substantive money laundering

in violation of Title  21  United States Code, Section(s) __846__
in violation of Title  18  United States Code, Section(s) __1956, 1956(h)__

CLARENCE MADDOX
Name of Issuing Officer

*Signature* (Butler)
Signature of Issuing Officer

Bail fixed at $ __PRETRIAL DETENTION__

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

10/31/00    FORT LAUDERDALE, FLORIDA
Date and Location

BARRY S. SELTZER    *signature*
by UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above named defendant at __Riverside, CA__

| DATE RECEIVED<br>10/31/00 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Tassone<br>United States Marshal<br>Southern District of Florida | SIGNATURE OF ARRESTING OFFICER<br><br>Edward Purchase, SDUSM |
|---|---|---|
| DATE OF ARREST<br>11/4/00 | | |

AO 442 (Rev. 12/85) Warrant for Arrest