

UNITED STATES OF AMERICA

    Plaintiff,

v.

John Gallo
    Defendant.

_____/

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6311-CR-Huck

ORDER ON INITIAL APPEARANCE
Language English
Tape No. 00B-78-1400
AUSA Ed Stamm
Agent_____

    The above-named defendant having been arrested on Oct 1st, having appeared before the court for initial appearance on 12-1-00 and proceedings having been held in accordance with F.R.C.P. 5 or 40(a), it is thereupon
    ORDERED as follows:

1. ._____Appeared as permanent/temporary counsel of record.
  Address:_____
  Zip Code:_____ Telephone:_____
2. _____appointed as permanent counsel of record.
  Address:_____
  Zip Code:_____ Telephone:_____
3. The defendant shall attempt to retain counsel and shall appear before the court at
  10:00 A.M. on _____ 12-5, 2000
4. Arraignment/Preliminary/Removal/Identity hearing is set for 10:00   12-5, 2000
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. 3142(d) or (f)
  because_____
  A detention hearing, pursuant to 18 U.S.C. 3142(f), is set for 10:00   12-5, 2000
6. The defendant shall be released from custody upon the posting of the following type of
  appearance bond, pursuant to 18:U.S.C. 3142:

_____

    This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
  ____a. Surrender all passports and travel documents to the Pretrial Services Office.
  ____b. Report to Pretrial Services as follows:____Times a week by phone____times a
      week in person; other:_____
  ____c. Submit to random urine testing by Pretrial Services for the use of non-physician-
      prescribed substances prohibited by law.
  ____d. Maintain or actively seek full time gainful employment.
  ____e. Maintain or begin an educational program.
  ____f. Avoid all contact with victims of or witnesses to the crimes charged.
  ____g. Refrain from possessing a firearm, destructive device or other dangerous weapon.



_____h. Comply with the following curfew:_____

_____I. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.

_____j. Comply with the following additional special conditions of this bond:
_____
_____

This bond was set:   At Arrest_____
                     On Warrant_____
                     After hearing_____

If bond is changed from that set in another District, the reason pursuant to Rule 40 (f) is_____
_____
_____

___ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post the bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

DONE AND ORDERED at Miami, Florida, this 1st day of December, 2000.

_____
UNITED STATES MAGISTRATE JUDGE
TED E. BANDSTRA