FILED by _____ D.C.
DKTG
DEC 0 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6311

UNITED STATES OF AMERICA,

v.

**NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL**

John Gallo

COMES NOW MARTIN RASKIN and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the understanding that the undersigned counsel will fulfill any obligations imposed by the Court such as preparing and filing documents necessary to collateralize any personal surety bond which may be set.

Counsel's Name (Printed) MARTIN RASKIN

Counsel's Signature _____

Address 2937 SW 27th ave Suite 206
Miami    Fl    ZIP CODE: 33133

Telephone (305) 444-3400

