UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6311-CR-HUCK

FILED by _____ D.C.
MAG. SEC.
DEC 6 - 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.  MIAMI

UNITED STATES OF AMERICA,

vs.

**ORDER ON HEARING TO
REPORT RE COUNSEL**

JOHN GALLO

The above named defendant having appeared before the Court as ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

_____  Private counsel_____
          appeared in open court and is noted as permanent
          counsel of record.

_____  The defendant requested Court appointed counsel, was
          found eligible, and counsel will be appointed by
          separate order.

_____  The defendant requested Court appointed counsel but
          was found ineligible, and shall appear before the
          Court on _____
          at 10:00 a.m. to report regarding his/her further
          efforts to retain counsel, unless counsel notices a
          permanent appearance before that date.

___X___   The defendant requested further time to retain
          counsel and shall appear before the Court on
          _12-13-00_____ at 10:00 a.m. to report
          regarding his/her further efforts to retain counsel,
          unless counsel notices a permanent appearance before
          that date. *Arraignment and PTD reset 12-13-00.*

**DONE AND ORDERED** at Miami, Florida this __5TH__ day
of ____DECEMBER____, 2000.
TAPE NO. 00H-_49-2391_

_____
UNITED STATES MAGISTRATE JUDGE
PETER R. PALERMO

c: AUSA
   Defense Counsel
   Pretrial Services or Probation
   U.S. Marshal