FILING FEE
PAID _____
In Forma Pauperis  8 33100
Clarence Maddox, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



CASE NO. 00-6311 CR-HUCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | |
| JOHN GALLO, et al. | |
| Defendants. | |

## APPLICATION FOR SPECIAL LIMITED APPEARANCE BY JAMES D. HENDERSON

Applicant James D. Henderson, Esq., pursuant to Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys for the United States District Court for the Southern District of Florida, hereby applies for permission to appear on behalf of Defendant John Gallo, herein, and in support hereof states as follows:

1. By this application, James D. Henderson seeks authority to appear and represent the Defendant John Gallo in all matters relating to this case.

2. Pursuant to Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys for the United States District Court for the Southern District of Florida ("Rule 4"), a lawyer who is a member in good standing of the bar of any United States Court or of the highest court of any State, but who is not admitted to practice in

1



the Southern District of Florida, may be permitted to make a special limited appearance before this Court if local counsel is designated.

3. James D. Henderson is not a member of the Florida Bar. Mr. Henderson is a former 16-year Special Attorney for the United States Department of Justice and has been a member in good standing with the Bars of the States of Arizona since 1972, and California, since 1982. Mr. Henderson has also been admitted to practice in the United States District Courts for the Eastern, Northern, Central, and Southern Districts of California since 1987, the District of Arizona since 1972, before the United States Court of Appeals for the 7th Circuit since 1976, and the United States Court of Appeals for the 9th Circuit since 1979.

4. In connection with the appearance sought by this Application, the Applicant hereby designates as local counsel, Martin R. Raskin, Esq., a member of the trial bar of the United States District Court for the Southern District of Florida and a partner in the law firm of Raskin & Raskin, P.A., which maintains offices in this District for the practice of law at 2937 South West 27th Avenue, Suite 206, Miami, Florida 33133. Mr. Raskin consents to his designation as local counsel for the Defendant John Gallo. The court and the United States Attorney prosecuting this case may readily communicate with Mr. Raskin regarding the conduct of the case, and papers may be served upon Mr. Raskin at his law firm address in Miami, Florida.

5. Applicant James D. Henderson certifies that he has studied the local rules of the United States District Court for the Southern District of Florida and submits to their jurisdiction.

**WHEREFORE,** Applicant James D. Henderson requests that the court enter the Order annexed hereto authorizing him to make a special limited appearance before the court for the purpose of representing the Defendant John Gallo in all matters relating to this case.

Dated: December 5, 2000

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| LAW OFFICES OF JAMES D. HENDERSON<br>12121 Wilshire Boulevard, Suite 1120<br>Los Angeles, California 90025-1123<br>(310) 478-3131 (phone)<br>(310) 312-0078 (fax)<br><br>By: *[signature]*<br>James D. Henderson | RASKIN & RASKIN, P.A.<br>2937 Southwest 27th Avenue<br>Miami, Florida 33133<br>(305) 444-3400 (phone)<br>(305) 443-0266 (fax)<br><br>By: *[signature]*<br>Martin Raskin |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing delivered via U.S. Mail this 5 day of December, 2000 to:

Michael Dittoe
Assistant U.S. Attorney
500 E. Broward Blvd.
7th Floor
Fort Lauderdale, Florida 33394

_____
MARTIN R. RASKIN