UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6311-CR-HUCK/BROWN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHN GALLO, et al.

    Defendant.
_____/



### ORDER ON APPLICATION FOR SPECIAL LIMITED APPEARANCE BY JAMES D. HENDERSON

**This matter** is before this Court on the Application of James D. Henderson to appear as counsel for John Gallo, a defendant in the above-entitled action. The Court has considered the application and the pertinent portions of the record, and being otherwise fully advised in the premises, and good cause appearing therefore, it is

**ORDERED and ADJUDGED** that James D. Henderson be admitted, *pro hac vice* to the bar of the United States District Court for the Southern District of Florida for the purpose of appearing and participating as counsel for the Defendant John Gallo.

**DONE AND ORDERED** this 13th day of December, 2000, at Miami, Florida.

STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

cc:    Honorable Paul C. Huck
        Michael Dittoe, AUSA
        Martin Raskin, Esq.