FILED BY_____D.C.

2000 DEC 15 PM 4:01

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6311-CR-HUCK

UNITED STATES OF AMERICA

      Plaintiff,

vs.                                                              **ORDER**

JOHN GALLO

      Defendant.

_____

    Pursuant to the Bail Reform Act, a detention hearing was held this date in accordance with 18 U.S.C. Section 3142(f). At the conclusion of the evidentiary hearing, the findings of fact and conclusions of law required by the Act were dictated into the record. It is thereupon

    **ORDERED AND ADJUDGED** as follows:

    1. The Defendant __above named__ shall be detained pending trial in this case for the reasons stated on the record by the Court.

    2. A final Order of Detention memorializing the dictated findings and conclusions shall be entered forthwith.

    **DONE AND ORDERED** in Miami, Florida this __15__ day of __DECEMBER__, 2000.

TAPE NO. 00G401-38

                                             UNITED STATES MAGISTRATE JUDGE

c: AUSA
   Defense Counsel
   Pretrial Services
   U.S. Marshal
formoptd

