UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY_____ D.C.
2000 DEC 15 PM 4:01
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

Case No. 00-6311-CR-Huck

UNITED STATES OF AMERICA,

vs.

John Gallo

          Defendant.
_____/

ARRAIGNMENT INFORMATION SHEET

Jail No : 85780-004

Language: English

The above-named Defendant appeared before **Magistrate Judge TURNOFF**, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:  Address: ~~ON BOND FORM~~

           Tel. No: _____

Defense Counsel:  Name: Manty Raskin / James Henderson
Address: 2937 SW 27 Ave / 12121 Wilshire Blvd. Ste. #1120
Miami, FL 33133 / Los Angeles, CA 90025
Tel. No: 444-3400 / (310) 478-3131

Bond Set/Continued:  $_____

Dated this 15 day of ~~June~~ December, 2000.

CLARENCE MADDOX, COURT ADMINISTRATOR

BY PATRICIA MITCHELL
    Deputy Clerk

c: Clerk for Judge
   U.S. Attorney
   Defense Counsel
   Pretrial Services
formarra.ign

TAPE NO. 00G 101-38
DIGITAL START NO. _____

