FILED BY
2000 DEC 15 PM 4: 01
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

D.C.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____ OO − 6311 − CR − HUCK

UNITED STATES OF AMERICA,          :

v.          :

John Gallo          :

/ local

NOTICE OF PERMANENT
APPEARANCE AS COUNSEL
OF RECORD

/ local

COMES NOW  MARTIN · RASKIN  _____, and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED:  12-15-00 _____

Attorney  MARTIN RASKIN _____
Address  2937 SW 27th AVE Suite 206
City  Miami _____ State FL  Zip 33133
Telephone  305- 444-3400 _____
Florida Bar No.  0315206 _____

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

_____

_____