FILED BY _____ /w/
2000 DEC 15 PM 4:01
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6311 CR-Huck

UNITED STATES OF AMERICA

v.                                :     NOTICE OF PERMANENT
                                        APPEARANCE AS COUNSEL
                                  :     OF RECORD

John Gallo                        :

    COMES NOW James D Henderson, and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is presently charged in the United States District Court in and for the Southern District of Florida.

    Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

    Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

    FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.

DATED: 12/15/00

Attorney James D. Henderson
Address 12121 Wilshire Blvd - Suite 1120
City Los Angeles  State CA  Zip 90025
Telephone 310-478-3131
~~Florida~~ CA Bar No. 104150

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

_____

_____