UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6311 CR-HUCK

| UNITED STATES OF AMERICA, |
| --- |
| Plaintiff, |
| v. |
| JOHN GALLO, et al. |
| Defendants. |



## MOTION FOR TRIAL CONTINUANCE

NOW COMES the Defendant, JOHN GALLO, by and through his counsel-of-record, James D. Henderson, and moves the court for a continuance of the trial date in this cause from its presently scheduled date of January 15, 2001, to on or about May 14, 2001. This motion is based on the following:

The Defendant John Gallo is a resident of California and is represented by Los Angeles based counsel James D. Henderson.[1] The defendant was arraigned on December 15, 2000, in Miami and counsel has been informed that the trial date in this

---

[1] Local counsel, pursuant to Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys for the United States District Court for the Southern District of Florida, is Martin R. Raskin, 2937 S.W. 27th Avenue, Suite 206, Miami, Florida 33133.

1

cause has been set for January 15, 2001, before the Honorable Paul C. Huck, United States District Judge.

The indictment in this case sets forth forty-three (43) counts of alleged money laundering, conspiracy, RICO violations, and forfeitures, and is thirty-seven (37) pages in length. There are a total of nine (9) defendants, each of whom is named in various of the indictment counts covering a time period of from 1985 until October of 2000. The prosecution has estimated the length of trial as between two (2) and three (3) months.

During conversation, on December 15, 2000, at the courthouse, with Assistant United States Attorney Michael J. Dittoe, the prosecution's lead counsel in this cause, the undersigned was informed that the Government's discovery in this case consists of approximately eight (8) full banker's boxes of materials, some three (3) of which relate specifically to the defendant John Gallo. To date, this discovery has not been made available to the defense.

In view of the above, it is clear that counsel cannot appropriately review the discovery materials (even if such were already within the possession of the defense), file resultant motions, conduct necessary investigation, and prepare for trial in the short time before the presently scheduled trial date. Even the requested new trial date of May 14, 2001, will require full-time work by counsel in order to be fully prepared for trial. In addition, counsel, who is a sole practitioner, maintains his existing caseload which must be prepared and postured so as not to harm the interests of other clients while counsel participates in lengthy, out-of-state, Florida trial proceedings. This cannot be done consistent with the current January 15, 2001, date. Undersigned counsel has discussed all

of the above with Assistant United States Attorney Michael Dittoe who has advised that he does not oppose this motion and, in fact, acquiesces in it. Finally, it is noted that, to date, at least one other defense counsel has already filed a motion for a continuance citing a number of the same concerns relating to adequate and realistic preparation time which are raised in this motion.

This motion is the Defendant Gallo's first motion for a continuance and is filed in good faith and not to hinder or unnecessarily delay the trial of this matter. It is simply impossible for counsel to adequately represent and defend the Defendant Gallo consistent with the January 15, 2001, trial date. Accordingly, it is respectfully requested that the trial be continued to on or about May 14, 2001.

Dated: December 27, 2000

Respectfully Submitted,

LAW OFFICES OF JAMES D. HENDERSON
12121 Wilshire Boulevard, Suite 1120
Los Angeles, California 90025-1123
(310) 478-3131 (phone)
(310) 312-0078 (fax)

By: /s/ James D. Henderson
    James D. Henderson

Respectfully Submitted,

RASKIN & RASKIN, P.A.
2937 Southwest 27th Avenue
Miami, Florida 33133
(305) 444-3400 (phone)
(305) 443-0266 (fax)

By: /s/ Martin R. Raskin
    Martin R. Raskin

3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered via U.S. Mail this 27th day of December 2000.

Michael Dittoe
Assistant U.S. Attorney
7th Floor
500 East Broward Blvd.
Fort Lauderdale, FL 33301

Paul David Lazarus, Esq.
800 Brickell Avenue
Suite PH2
Miami, FL 33131

Larry Hanfield, Esq.
4700 Biscayne Blvd.
Suite 1130
Miami, FL 33137

Donald I. Bierman, Esq.
Bierman, Shohat. Lowey
& Klein
800 Brickell Ave.
Penthouse 2
Miami, FL 33131-2944

William J. Cone, Esq.
514 SE Seventh Street
Ft. Lauderdale, FL 33301

Reemberto Diaz, Esq.
1435 S. Miami Ave.
Miami, FL 33130

Steve Kassner, Esq.
815 Ponce de Leon Blvd.
Suite 303
Coral Gables, FL 33134

Guy Gersten Spiegelman, Esq.
Courthouse Plaza
28 W. Flagler Street
Suite 400
Miami, FL 33130

Bruce Howard Lehr, Esq.
Lehr & Gasalla
1401 Brickell Ave.
Suite 1040
Miami, FL 33131

_____
MARTIN R. RASKIN

# EXHIBIT "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6311 CR-HUCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | |
| JOHN GALLO, et al. | |
| Defendants. | |

## AFFIDAVIT OF GOOD CAUSE

STATE OF CALIFORNIA    )
                       ) ss:
COUNTY OF LOS ANGELES  )

BEFORE ME, the undersigned authority, this day personally appeared JAMES D. HENDERSON, who, having been duly sworn, deposes and says:

1.  My name is JAMES D. HENDERSON, and I am counsel of record for the Defendant, JOHN GALLO, in the above cause, and all the matters hereinafter set forth are based upon my personal knowledge.

2.  I have conferred with A.U.S.A. Michael J. Dittoe, the lead counsel for the UNITED STATES OF AMERICA in the above matter who has advised that he has no objection to a continuance of the trial date in this matter until May of 2001, as he has not

Exhibit "A"

1

yet produced the voluminous required discovery materials and because it is unrealistic to believe that defense counsel on this cause could adequately review the discovery, file resultant motions, and adequately prepare for trial consistent with the presently scheduled trial date.

    3.    Undersigned counsel for Defendant, JOHN GALLO, will require additional time, until May 14, 2001, within which to review the Government's voluminous discovery, draft and file pretrial motions, conduct the defense investigation, and prepare this case in order to adequately represent and defend my client.

    FURTHER AFFIANT SAYETH NOT.

                                        JAMES D. HENDERSON    (Affiant)

STATE OF CALIFORNIA    )
                              ) ss:
COUNTY OF LOS ANGELES    )

    I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State and County aforesaid to administer oaths and take acknowledgments, personally appeared JAMES D. HENDERSON (  ) who is personally known to me, or (✓) who has produced _California Drivers License_ as identification and who (✓) did (  ) did not take an oath, and who executed the foregoing Affidavit of Good Cause.

    WITNESS my hand and official seal in the County and State last aforesaid this 21st day of December, A.D. 2000.

                                        Notary Public, State of California

My Commission expires: May 31, 2002

                                        GAIL ELEN
                                        Printed name of Notary

[Notary seal: GAIL ELEN, Commission # 1185525, Notary Public - California, Los Angeles County, My Comm. Expires May 31, 2002]

Exhibit "A"
2