UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6311-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                         **DETENTION ORDER**

JOHN GALLO,

    Defendant.
_____/

THIS CAUSE came before the undersigned for a pretrial detention hearing on December 15, 2000. The Court concluded by a preponderance of the evidence that Defendant is a risk of flight, and by clear and convincing evidence that Defendant is a danger to the community:

1. Defendant is charged with serious narcotics and money laundering charges;

2. Defendant is charged with laundering millions of dollars in drug money;

3. Defendant is also charged with smuggling approximately 3,500 kilograms of cocaine and 39,000 kilograms of marijuana;

4. The Defendant has utilized foreign banks in     connection with these transactions;

5. Defendant is also charged with child abuse;

6. The Government possesses a strong case, which is an incentive to flee;

7. Defendant has a history of extensive foreign travel.

The Court directs that the Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; that the Defendant be afforded reasonable opportunity for private consultation with counsel; and that, on order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined deliver the Defendant to a United States



Marshal for the purpose of an appearance in connection with a court proceeding.

DONE AND ORDERED, in Chambers, at Miami, Florida, this ___ day of JAN ___, 2001.

_____
WILLIAM C. TURNOFF
United States Magistrate Judge

cc:   Martin Raskin, Esquire
      AUSA Michael Dittoe, Esquire