UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6311-CR-HUCK/BROWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN GALLO, et. al.

    Defendant.
_____/



## JOHN GALLO'S WAIVER OF RIGHT TO SPEEDY TRIAL

John Gallo, the defendant in the above-captioned matter, having been advised that, pursuant to 18 U.S.C. Sec. 3161, he has the right to be speedily brought to trial within 70 days of entering a plea of not guilty as to his indictment, and the Defendant Gallo, believing that a continuance is in his best interests in order for him to properly prepare for trial, hereby waives such speedy trial rights.

RASKIN & RASKIN, P.A.
2937 S.W. 27th Ave., Suite 206
Grove Forest Plaza
Miami, Florida 33133-3703
Telephone (305) 444-3400
Fax (305) 445-0266
E-mail: mraskin@raskinlaw.com

_____
JOHN GALLO

By: _____
MARTIN R. RASKIN
FLA. BAR NO. 0315206

RASKIN & RASKIN, P.A., ATTORNEYS AT LAW
GROVE FOREST PLAZA • 2937 S.W. 27TH AVENUE • SUITE 206 • (COCONUT GROVE) MIAMI, FLORIDA 33133-3703 • (305) 444-3400

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been delivered by U.S. mail this ___ day of January, 2001 to:

Michael Dittoe
Assistant U.S. Attorney
7th Floor
500 East Broward Blvd.
Fort Lauderdale, FL 33301

Larry Hanfield, Esq.
4700 Biscayne Blvd.
Suite 1130
Miami, FL 33137

Donald I. Bierman, Esq.
Bierman, Shohat. Lowey
& Klein
800 Brickell Ave.
Penthouse 2
Miami, FL 33131-2944

William J. Cone, Esq.
514 SE Seventh Street
Ft. Lauderdale, FL 33301

Reemberto Diaz, Esq.
1435 S. Miami Ave.
Miami, FL 33130

Steve Kassner, Esq.
815 Ponce de Leon Blvd.
Suite 303
Coral Gables, FL 33134

Guy Gersten Spiegelman, Esq.
Courthouse Plaza
28 W. Flagler Street
Suite 400
Miami, FL 33130

Paul David Lazarus, Esq.
800 Brickell Avenue
Suite PH2
Miami, FL 33131

Bruce Howard Lehr, Esq.
Lehr & Gasalla
1401 Brickell Ave. Suite 1040
Miami, FL 33131

_____
MARTIN R. RASKIN

- 2 -