FILED by \_\_\_\_ D.C.

JAN 11 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6311-CR-HUCK-BROWN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CLARENCE LARK,
LARRY CRENSHAW,
CURTIS NEWTON,
JOHN GALLO,
RICARDO MCHORNE,
CHARLIE HALL,
KEITH LAMPKIN,
LAWRENCE SEYMORE,

    Defendant.
_____/

## ORDER GRANTING CONTINUANCE OF TRIAL DATE

THIS MATTER came before the Court by virtue of a status conference held on January 04, 2001. For the reasons presented at said conference and the Court finding that the ends of justice will be served by the setting of said trial as set forth below and agreed to by the parties and that a continuance outweighs the interest of the public and the Defendant in a speedy trial, it is:

ORDERED AND ADJUDGED that the Oral Tenus Joint Motion to Continue the Trial by all Defendant's on the record in open court is hereby GRANTED. Trial in this cause is set for the two-week period commencing May 07, 2001, and ending May 18, 2001, in the U.S. Courthouse 301 N. Miami Avenue, 4th Floor, Miami, Florida.

Calendar Call will be held at 8:30 a.m. on Wednesday, May 02, 2001.

The Court finds that the period of delay from January 04, 2001 to May 18, 2001 and any other trial date set hereafter excludable in calculating the period within which trial must commence in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. Section 3161, et. seq.  It is further

ORDERED and ADJUDGED that all discovery responses and/or pretrial motions shall be filed within the time limitations set forth in this Court's Standing Discovery Order. **A continuance of the trial date in this matter shall not extend the deadline for the filing of motions**.  Any proposed motion received after the "motions cut-off date" shall be accompanied by a separate motion for leave to file, setting forth the facts and circumstances for the late filing.

Counsel for the parties in this matter are hereby reminded that, pursuant to Local Rule 7.1(A)(4) (S.D. of Fla.), all motions filed with the Court shall be accompanied by **stamped** addressed envelopes for **all** parties to this action.

In cases tried before a jury, *the propo*sed jury instructions and verdict form must be submitted at least ONE WEEK prior to the beginning of the trial calendar. The parties shall submit a SINGLE JOINT set of proposed jury instructions and verdict form, though the parties need not agree on the proposed language of each or any instruction or question on the verdict form. Where the parties do agree on a proposed instruction or question, that instruction or question shall be set forth in Times New Roman 14 point typeface. Instructions and questions proposed only by the Government to which the defendant(s) object shall be italicized. Instructions and questions proposed only the defendant(s) to

which the Government object shall be bold-faced. Each jury instruction shall be typed on a separate sheet and must be supported by citations of authority. Each disputed jury instruction shall also state the basis for the objection(s) at the bottom of the sheet, before the citations of authority. In preparing their requested jury instructions, the parties shall utilize as a guide the Pattern Jury Instructions for Criminal Cases approved by the United States Eleventh Circuit, including the Directions to Counsel contained therein. A copy of the proposed jury instructions and verdict form shall be delivered to chambers at the time of filing, together with a computer disk compatible with Corel Word Perfect version 8.0.

It shall be the duty of the attorney's herein to ensure that no other judge schedules them for a trial that impacts upon or conflicts with the dates set forth above. If any counsel receives a written notice of trial from another judge, in either state or federal court, that in any way conflicts with this trial's scheduled setting, it is the obligation of that attorney to notify the judge immediately so that the judge may reschedule his or her calendar thus leaving counsel conflict free for this case.

Counsel shall submit to the Court a typed list of proposed witnesses and/or exhibits to be presented at trial at the Calendar Call. All exhibits offered into evidence must be pre-labeled in accordance with the proposed exhibit list. Exhibit labels shall included the case number. Labels may be obtained from the Clerk of the Courts.

Counsel are instructed that arrangements for appropriate clothing for Defendants in custody must be made at least seven (7) days prior to the scheduled trial date.

Counsel are further instructed to notify the Court if an interpreter is required at least 48 hours prior to any hearings or trial.

All local requests for Writs ad Testificandum must be filed not later than fourteen

days prior to the first day of the scheduled trial period to ensure adequate time for processing. Writs for persons out of the district should be filed twenty days prior to the trial date.

The defendant's shall file any and all pre-trial motions in this matter on or before Monday, February 12, 2001, which the Court has set as the cutoff date for filing of all pretrial motions in the above style case as to all defendant's name in the side indictment. The Governments responses to said motions due not later than March 05, 2001. Defense replies are due not later than March 14, 2001. All motions filed shall be accompanied by a written statement certifying that counsel for the moving party has conferred with opposing counsel in a good faith effort to resolve by agreement the subject matter of the motion.

The Government and Defendant's shall submit it's draft cover letter and jury questionnaire to the court by **February 01, 2001**. The Court shall hold a status conference on <u>**Tuesday, February 06, 2001 at 8:00 a.m. all counsel are to be present to resolve any disputes as to the form of the cover letter and jury questionnaire submitted by each side.**</u>

DONE AND ORDERED in Chambers, Miami, Florida, this ___ day of January, 2001.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies furnished to: Honorable Stephen T. Brown
        all counsel of record