UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6311 CR-HUCK

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOHN GALLO, et al.

Defendants.

## MOTION FOR JOINDER IN CO-DEFENDANTS' PRE-TRIAL MOTIONS

PLEASE TAKE NOTICE that the Defendant JOHN GALLO, by and through his counsel-of-record, James D. Henderson and Martin R. Raskin, hereby moves to join in all pre-trial motions filed by all co-defendants in this cause as may be applicable to him except those which the defendant, upon hearing, specifically disavows to the court.

Dated:  February 10, 2001

Respectfully Submitted,

LAW OFFICES OF JAMES D. HENDERSON
Attorneys for Defendant John Gallo
12121 Wilshire Boulevard, Suite 1120
Los Angeles, California 90025-1123
(310) 478-3131 (phone)
(310) 312-0078 (fax)

By: _____
James D. Henderson

Respectfully Submitted,

RASKIN & RASKIN, P.A.
Attorneys for Defendant John Gallo
2937 Southwest 27th Avenue
Miami, Florida 33133
(305) 444-3400 (phone)
(305) 443-0266 (fax)

By: _____
Martin R. Raskin
Florida Bar Number 0315206

1

## CERTIFICATE OF SERVICE

I CERTIFY that a true and accurate copy of the foregoing was mailed to the individuals listed on the following Service List on this 10th day of February, 2001.

*James D. Henderson*
JAMES D. HENDERSON

## SERVICE LIST

United States v. John Gallo, et al.
Case No. 00-6311-CR-HUCK

Michael J. Dittoe, Esq.
Assistant U.S. Attorney
7th Floor
500 East Broward Boulevard
Fort Lauderdale, FL 33394

Paul D. Lazarus, Esq.
Paul D. Lazarus, P.A.
800 Brickell Avenue, Penthouse Two
Miami, FL 33131
*[Attorney for Crenshaw]*

Guy Spiegelman, Esq.
28 East Flagler Street, Suite 400
Miami, FL 33131
*[Attorney for McHorne]*

Reemberto Diaz, Esq.
1435 South Miami Avenue
Miami, FL 33130
*[Attorney for Hall]*

William J. Cone, Jr., Esq.
514 S.E. 7th Street
Fort Lauderdale, FL 33301
*[Attorney for Newton]*

Donald I. Bierman, Esq.
Bierman, Shohat, Loewy & Klein, P.A.
800 Brickell Avenue, PH-2
Miami, FL 33131
*[Attorney for Lark]*

Steve Kassner, Esq.
815 Ponce de Leon Blvd., Suite 303
Coral Gables, FL 33134
*[Attorney for Lampkin]*

Bruce H. Lehr, Esq.
1401 Brickell Avenue, Suite 810
Miami, FL 33131
*[Attorney for Seymour]*

Larry Hanfield, Esq.
4770 Biscayne Boulevard
Suite 1200
Miami, FL 33137
*[Attorney for Hall]*