UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6311-CR-HUCK/BROWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN GALLO, et. al.

    Defendant.
_____/

### JOHN GALLO'S NOTICE OF ADOPTION OF CO-DEFENDANTS' PRE-TRIAL MOTIONS

COMES NOW, the Defendant, John Gallo, by and through the undersigned attorney, files this Notice of Adoption of Co-Defendants' Pre-Trial Motions pursuant to the Order on Motion for Joinder in Co-Defendants' Pre-Trial Motions, dated March 7, 2001. Specifically, Defendant John Gallo Adopts the following Pre-Trial Motions:

1. Defendant Ricardo McHorne's two Motions for Severance,

2. Defendant Lampkin's Motion to Dismiss Due to Improper Joinder and Duplicity, and

3. Defendant Lampkin's Motion to Compel Production of Statements in Cooperating Witness' Pre-Sentence Reports

WHEREFORE, for the foregoing reasons, Defendant John Gallo respectfully provides this Notice of Adoption Co-Defendants' Pre-Trial Motions.



RASKIN & RASKIN, P.A., ATTORNEYS AT LAW
GROVE FOREST PLAZA • 2937 S.W. 27TH AVENUE • SUITE 206 • (COCONUT GROVE) MIAMI, FLORIDA 33133-3703 • (305) 444-3400

                      Respectfully submitted,

                      RASKIN & RASKIN, P.A.
                      2937 S.W. 27th Ave., Suite 206
                      Grove Forest Plaza
                      Miami, Florida 33133-3703
                      Telephone (305) 444-3400
                      Fax (305) 445-0266
                      E-mail: bbecerra@raskinlaw.com

By: _____
                      ROBERT J. BECERRA
                      FLA. BAR NO. 0856282

RASKIN & RASKIN, P.A., ATTORNEYS AT LAW
GROVE FOREST PLAZA • 2937 S.W. 27TH AVENUE • SUITE 206 • (COCONUT GROVE) MIAMI, FLORIDA 33133-3703 • (305) 444-3400

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent by U.S. mail this 13 day of March, 2001 to:

Michael Dittoe
Assistant U.S. Attorney
7th Floor
500 East Broward Blvd.
Fort Lauderdale, FL 33301

Larry Hanfield, Esq.
4700 Biscayne Blvd.
Suite 1130
Miami, FL 33137

Donald I. Bierman, Esq.
Bierman, Shohat. Lowey
& Klein
800 Brickell Ave.
Penthouse 2
Miami, FL 33131-2944

William J. Cone, Esq.
514 SE Seventh Street
Ft. Lauderdale, FL 33301

Reemberto Diaz, Esq.
1435 S. Miami Ave.
Miami, FL 33130

Steve Kassner, Esq.
815 Ponce de Leon Blvd.
Suite 303
Coral Gables, FL 33134

Guy Gersten Spiegelman, Esq.
Courthouse Plaza
28 W. Flagler Street
Suite 400
Miami, FL 33130

Paul David Lazarus, Esq.
800 Brickell Avenue
Suite PH2
Miami, FL 33131

Bruce Howard Lehr, Esq.
Lehr & Gasalla
1401 Brickell Ave. Suite 1040
Miami, FL 33131

ROBERT J. BECERRA

RASKIN & RASKIN, P.A., ATTORNEYS AT LAW
GROVE FOREST PLAZA • 2937 S.W. 27TH AVENUE • SUITE 206 • (COCONUT GROVE) MIAMI, FLORIDA 33133-3703 • (305) 444-3400