UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER 00-6311-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

VS.

CLARENCE LARK, Et Al.

    Defendants
_____/

## JOINT RESPONSE TO JURY QUESTIONNAIRE

Comes now the United States and hereby files its Response setting forth a brief description of the case for inclusion in the Jury Questionnaire.

    Respectfully submitted,
    GUY A. LEWIS
    UNITED STATES ATTORNEY

BY: *[signature]*
MICHAEL J. DITTOE
Assistant United States Attorney
Court ID #A5500209
500 E. Broward Blvd., Ste. 700
Ft. Lauderdale, FL 33394-3002
Tel: (954) 356-7392
Fax: (954) 356-7230

## Description of Case

39. In this case the indictment charges all the defendants with conspiracy to distribute narcotics that were smuggled into the United States through Port Everglades and elsewhere in South Florida. The defendants Clarence Lark and Larry Crenshaw are charged with conspiring to operate Teamsters Local 390 as a Racketeering Enterprise and with money laundering. The defendant John Gallo is also charged with money laundering. Do you have any views about these general charges that may affect your ability to be a juror on this type of case?

Yes_____    No_____

If Yes, please explain: _____

_____

_____.

Have you seen, read or heard anything about this case?

Yes_____    No _____

If yes, please state what you remember reading or hearing about the case. _____

_____

_____

_____.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 14 TH day of March, 2001 to:

Donald I. Bierman, Esq
Bierman, Shohat, Loewy & Klein, P.A.
800 Brickell Avenue, PH-2
Miami, FL 33131

(305) 358-7000
Attorney for Lark

Steve Kassner, Esq.
815 Ponce de Leon Blvd., Ste. 303
Coral Gables, FL 33134

(305) 461-2744
Attorney for Lampkin

Bruce H. Lehr, Esq.
1401 Brickell Ave., Ste. 810
Miami, FL 33131

(305) 377-1777
Attorney for Seymour

Larry Hanfield, Esq.
4770 Biscayne Blvd., Ste. 1200
Miami, FL 33137

(305) 576-1011
Attorney for Hall

Paul D. Lazarus, Esq.
800 Brickell Ave., PH-2
Miami, FL 33131

(305) 539-0606
Attorney for Crenshaw

Guy Speigelman, Esq.
28 W. Flagler St., Ste. 400
Miami, FL 33131

(305) 373-6634
Attorney for McHome

Reemberto Diaz, Esq.
1435 S. Miami Ave.
Miami, FL 33130

(305) 446-0001
Attorney for Hall

James D. Henderson, Esq.
12121 Wilshire Blvd., Ste. 1130
Los Angeles, CA 90025

(310) 478-3131
Attorney for Gallo

| | |
|---|---|
| Martin R. Raskin, Esq.<br>Grove Forest Plaza, Ste. 206<br>2937 S.W. 27 Ave.<br>Miami, FL 33133<br><br>(305) 444-3400<br>Attorney for Gallo | William J. Cone, Jr., Esq.<br>514 S.E. Seventh St.<br>Ft. Lauderdale, FL 33301<br><br>(954) 764-0570<br>Attorney for Newton |

_/s/ Michael J. Dittoe_
MICHAEL J. DITTOE
ASSISTANT UNITED STATES ATTORNEY