00-6311.om

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6311 CR HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHN GALLO,

    Defendant.
_____/



### ORDER ON NOTICE OF ADOPTION

This Cause is before the Court on Defendant John Gallo's Notice of Adoption, filed March 13, 2001. This Court having reviewed the Notice and the file, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant's request to adopt Defendant Ricardo McHorne's two Motions for Severance is hereby **GRANTED**

2. Defendant's Request to adopt the remaining motions listed in the Notice of Adoption is hereby **DENIED** in that those Motions have been stricken as untimely.

DONE AND ORDERED this 21st day of March, 2001 at Miami, Florida.

                                  STEPHEN T. BROWN
                                  U.S. MAGISTRATE JUDGE

cc:    Honorable Paul C. Huck
        Michael Dittoe, Esq. (AUSA)
        Paul D. Lazurus, Esq.
        James D. Henderson, Esq.
        Donald I. Bierman, Esq.
        William Cone, Esq.
        Reemberto Diaz, Esq.
        Martin R. Raskin, Esq.
        Steve Kassner, Esq.
        Larry R. Handfield, Esq.
        Bruce H. Lehr, Esq.
        Guy Spiegelman, Esq.

