00-6311.os

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6311 CR HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHN GALLO, et al.,

    Defendant.
_____/



## ORDER ON MOTION FOR DISCOVERY

This Cause is before the Court on the Motion of Defendant John Gallo for Discovery, filed February 9, 2001. The Court having reviewed the Motion and the Response, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** as follows:

1. As to the request for statements by the defendants, the Motion is **DENIED** as moot, based on the Government's response.

2. As to the request for statements by co-conspirators, the Motion is **DENIED** as beyond the scope of the Standing Discovery Order and Fed.R.Crim.P. 16. The Eleventh Circuit Court of Appeals has held that Rule 16(a)(1)(A) does not apply to co-conspirators' statements. United States v. Orr, 825 F.2d 1537, 1541 (11th Cir. 1987).

3. As to the request for disclosure of the names and addresses of prospective Government witnesses, the Motion is **DENIED** as beyond the scope of the Standing Discovery Order and Fed.R.Crim.P. 16.

4. As to the request for early disclosure of Jencks material, the Motion is **DENIED** as moot, based on the Government's Response which indicates that it will turn over Jencks material

1

the day prior to each witnesses' testimony.

5. As to the request for disclosure relating to electronic surveillance, the Motion is **DENIED** as moot, based on the Government's Response.

6. As to the request for disclosure of the identities of confidential informants, the Motion is **DENIED** as moot, based on the Government's Response.

7. As to the request for witnesses' criminal records, the Motion is **DENIED** as moot, based on the Government's Response.

8. As to the request for information concerning witnesses' prior "bad acts," the Motion is **GRANTED** to the extent that it requests any information which directly relates to the truthfulness of a witness, and to the extent it has not already done so, the Government shall provide such information within five (5) days of the date of this Order. In all other respects, the request is **DENIED**.

9. As to the request for consideration and promises, or threats or coercion as to witnesses, the Motion is **DENIED** as moot, based on the Government's Response.

10. As to the request for personnel files of witnesses, the Motion is **GRANTED** to the extent that it requests any information which directly relates to the truthfulness of a witness, and/or to diminished mental capacity and/or drug or alcohol use at the time of any event observed by the witness as to which the witness will testify, or at the time of the witness' testimony at trial. To the extent it has not already done so, the Government shall provide such information within five (5) days of the date of this Order. In all other respects, the request is **DENIED**.

11. As to the request for Pre-Sentence Investigation Reports of potential Government witnesses, the Government shall, within five (5) days of the date of this Order, submit those reports to the Court for in camera inspection.

12. As to the request for "impeaching material," the Motion is **GRANTED** to the extent that it requests any information which directly relates to the truthfulness of a witness, and/or to diminished mental capacity and/or drug or alcohol use at the time of any event observed by the witness as to which the witness will testify, or at the time of the witness' testimony at trial. To the extent it has not already done so, the Government shall provide such information within five (5) days of the date of this Order. In all other respects, the request is **DENIED**.

13. As to the request for Rule 404(b) evidence, the Motion is **GRANTED**, and to the extent it has not already done so, the Government shall provide such information within five (5) days of the date of this Order.

14. As to the request for scientific tests, defendant's record and physical and documentary evidence, the Motion is **GRANTED**, and to the extent it has not already done so, the Government shall provide such information within five (5) days of the date of this Order.

**DONE AND ORDERED** this 10th day of April, 2001 at Miami, Florida.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc: Honorable Paul C. Huck
Michael Dittoe, Esq. (AUSA)
Paul D. Lazurus, Esq.
James D. Henderson, Esq.
Donald I. Bierman, Esq.
William Cone, Esq.
Reemberto Diaz, Esq.
Martin R. Raskin, Esq.
Steve Kassner, Esq.
Larry R. Handfield, Esq.
Bruce H. Lehr, Esq.
Guy Spiegelman, Esq.