UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER 00-6311-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

VS.

CLARENCE LARK, Et Al.

    Defendants

_____/

## EMERGENCY UNOPPOSED MOTION CONCERNING JURY QUESTIONNAIRE

Comes now the United States and hereby files this Emergency Unopposed Motion Concerning Jury Questionnaires, and in support thereof states as follows:

1. The undersigned was informed that the addresses, telephone numbers and zip codes of the jurors may be found in connection with responses to the jury questionnaire forms. This information was not among the listed items of information on the draft juror questionnaire form that the undersigned had reviewed. Rather the form itself only requested information concerning what general area or city in Miami-Dade county in which the juror lived.

2. The availability of specific telephone numbers and addresses of jurors could lead to the possibility of inappropriate contact with the jurors, particularly considering

the recent instance of bribery of a sitting juror. Consequently, this information should be removed from the information supplied to all counsel for all parties.

3.    The undersigned has discussed this with Donald Bierman, Esq, who agreed that the addresses, telephone numbers and zip codes of the potential jurors should be removed from copies provided to all counsel. Mr. Bierman has been acting as lead counsel concerning the juror questionnaire form.

WHEREFORE, the United States moves that all information concerning the name, address and zip code of any potential juror be removed from any documentation supplied to all counsel.

Respectfully submitted,
GUY A. LEWIS
UNITED STATES ATTORNEY

BY MICHAEL J. DITTOE
Assistant United States Attorney
Court ID #A5500209
500 E. Broward Blvd., Ste. 700
Ft. Lauderdale, FL 33394-3002
Tel: (954) 356-7392
Fax: (954) 356-7230

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 18 day

of April, 2001 to and sent by facsimile to Donald Bierman lead counsel for jury questionnaire issues

:

Donald I. Bierman, Esq
Bierman, Shohat, Loewy & Klein, P.A.
800 Brickell Avenue, PH-2
Miami, FL 33131

(305) 358-7000
Attorney for Lark

Steve Kassner, Esq.
815 Ponce de Leon Blvd., Ste. 303
Coral Gables, FL 33134

(305) 461-2744
Attorney for Lampkin

Bruce H. Lehr, Esq.
1401 Brickell Ave., Ste. 810
Miami, FL 33131

(305) 377-1777
Attorney for Seymour

Larry Hanfield, Esq.
4770 Biscayne Blvd., Ste. 1200
Miami, FL 33137

(305) 576-1011
Attorney for Hall

Paul D. Lazarus, Esq.
800 Brickell Ave., PH-2
Miami, FL 33131

(305) 539-0606
Attorney for Crenshaw

Guy Speigelman, Esq.
28 W. Flagler St., Ste. 400
Miami, FL 33131

(305) 373-6634
Attorney for McHome

Reemberto Diaz, Esq.
1435 S. Miami Ave.
Miami, FL 33130

(305) 446-0001
Attorney for Hall

James D. Henderson, Esq.
12121 Wilshire Blvd., Ste. 1130
Los Angeles, CA 90025

(310) 478-3131
Attorney for Gallo

Martin R. Raskin, Esq.
Grove Forest Plaza, Ste. 206
2937 S.W. 27 Ave.
Miami, FL 33133

(305) 444-3400
Attorney for Gallo

William J. Cone, Jr., Esq.
514 S.E. Seventh St.
Ft. Lauderdale, FL 33301

(954) 764-0570
Attorney for Newton

MICHAEL J. DITTOE
ASSISTANT UNITED STATES ATTORNEY