APR 1 8 2001

CLARENCE MADDOX
CLERK U.S. DIST.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6311-CR-HUCK

       Plaintiff,

vs.   NOTICE OF HEARING

JOHN GALLO,

       Defendant.
_____/

PLEASE TAKE NOTICE that the above-entitled cause has been scheduled for a change of plea hearing on **Monday, April 23, 2001, at 5:00 p.m.**, before the Honorable PAUL C. HUCK, United States District Judge, at Federal Justice Building, 99 NE 4th Street, 10th Floor, Courtroom #6, Miami, Florida.

Dated: April 18, 2001

CLARENCE MADDOX, CLERK

By: _____
Valerie Thompkins,
Deputy Clerk

cc:  Michael Dittoe, AUSA
     James Henderson, Esq.
     Martin T. Raskin, Esq.
     U.S. Probation Office
     U.S. Marshals Service
     Pre-Trial Services