FILED by ___ D.C.
APR 23 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6311-CR

UNITED STATES OF AMERICA

vs.

John Carllo

HUCK

### CHANGE OF PLEA

On 4-23-2001 the above named defendant appeared in person before the Honorable Paul C. Huck United States District Judge/Magistrate, with James Henderson, counsel appointed by the Court/retained by the defendant, and said defendant stated in open court that he/she desired to withdraw the plea of not guilty to Count(s) ___V___, of the Indictment/Information.

After the defendant was duly sworn, the Court made inquiry as to guilty. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged. Whereupon:

( ) The Court proceeded to pronounce sentence. (See J&C)
(X) The Court postponed sentencing until July 3 2001 @ 8 AM
( ) The defendant being allowed to remain on bond until sentencing.
( ) The defendant being remanded to the custody of the Marshal until a _____ bond in the amount of $_____ is approved and posted.
(X) The defendant being remanded to the custody of the Marshal awaiting sentencing.

The U. S. Attorney announced Count(s) _____ would be dismissed on the government's motion at sentencing.

Judge Paul C. Huck
Reporter Amy Herr
Courtroom Deputy ___

243