UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6311-CR-HUCK-BROWN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHN GALLO,

    Defendant(s).
_____/

### ORDER

THIS CAUSE has come before the Court upon the United States Probation Officer Connie Garcia, Request for Continuance of Sentencing Date, dated May 02, 2001. The Court being fully advised in the premises, it is

ORDERED AND ADJUDGED that the Motion is **GRANTED**. Sentencing is hereby rescheduled for **Tuesday, October 02, 2001 at 8:30 a.m.,** at James Lawrence King Federal Justice Building, 99 NE 4th Street, 10th Floor Courtroom #6, Miami, Florida.

DONE AND ORDERED at Miami, Florida, this 3rd day of May 2001.

    PAUL C. HUCK
    UNITED STATES DISTRICT JUDGE

cc:  Michael Dittoe, AUSA
     Jim Henderson, Esq.
     Martin Raskin, Esq.
     U. S. Pretrial Services
     U. S. Probation Office (Connie Garcia)
     U. S. Marshal Service

