UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER 00-6311-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

VS.

CLARENCE LARK, et al.

    Defendants
_____/

### SUPPLEMENTAL BRADY DISCLOSURE

    Comes now the Unites States, and hereby files its further supplemental disclosure under <u>Brady v. Maryland</u> and its progeny.

    The witness Willie Jackson testified that he was informed by the defendant Clarence Lark that the former Crowley manger Joe Shea informed him of the existence of a investigation into narcotics distribution at Port Everglades. Mr. Shea has denied

that he disclosed the existence of the investigation.

>Respectfully submitted,
>
>GUY A. LEWIS
>UNITED STATES ATTORNEY
>
>BY: /s/ Michael J. Dittoe
>MICHAEL J. DITTOE
>Assistant United States Attorney
>Court ID #A5500209
>500 E. Broward Blvd., Ste. 700
>Ft. Lauderdale, FL 33394-3002
>Tel: (954) 356-7392
>Fax: (954) 356-7230
>
>BY: /s/ Terrence Thompson
>TERRENCE THOMPSON
>Assistant United States Attorney
>Court ID # A5500063
>500 E. Broward Blvd., Ste. 700
>Ft. Lauderdale, FL 33394-3002
>Tel: (954) 356-7392
>Fax: (954) 356-7230

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was hand delivered in open court this 18th day of May, 2001 to the below listed counsel:

| | |
|---|---|
| Donald I. Bierman, Esq<br>Bierman, Shohat, Loewy & Klein, P.A.<br>800 Brickell Avenue, PH-2<br>Miami, FL 33131<br><br>(305) 358-7000<br>Attorney for Lark | Paul D. Lazarus, Esq.<br>800 Brickell Ave., PH-2<br>Miami, FL 33131<br><br><br>(305) 539-0606<br>Attorney for Crenshaw |
| Guy Speigelman, Esq. | Bruce H. Lehr, Esq. |

2

28 W. Flagler St., Ste. 400  
Miami, FL 33131

(305) 373-6634  
Attorney for McHorne

William J. Cone, Jr., Esq.  
514 S.E. Seventh St.  
Ft. Lauderdale, FL 33301

(954) 764-0570  
Attorney for Newton

1401 Brickell Ave., Ste. 810  
Miami, FL 33131

(305) 377-1777  
Attorney for Seymore

_____  
MICHAEL J. DITTOE  
ASSISTANT UNITED STATES ATTORNEY

_____  
TERRENCE THOMPSON  
ASSISTANT UNITED STATES ATTORNEY

3