UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



CASE NO. 00-6311-CR-HUCK-BROWN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHN GALLO,

    Defendant(s).

_____/

**ORDER**

THIS CAUSE has come before the Court upon the United States Probation Officer Connie Garcia, Request for Continuance of Sentencing Date, dated August 08, 2001. The Court being fully advised in the premises, it is

ORDERED AND ADJUDGED that the Unites States Probations Request is **GRANTED**.

The sentencing is reset to **Monday, December 10, 2001 @ 8:30 a.m.,** at the Federal Justice Building, 99 NE 4th Street, courtroom 6, 10th floor, Miami, Florida.

DONE AND ORDERED at Miami, Florida, this ___9___ day of August 2001.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc:   all counsel of record
      U. S. Pretrial Services Office
      U. S. Probation Office(Connie Garcia)
      U. S. Marshals Service