```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                    CASE NO. 00-6311-CR-HUCK
```

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHN GALLO,

                                   ORDER

    Defendant(s).

_____/



FILED by ___ D.C.
SEP 28 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

THIS CAUSE came before the Court upon the Defendant Gallo's Motion for Bail Pending Sentencing, filed September 28, 2001. Accordingly, it is

ORDERED AND ADJUDGED that the Government shall respond to Defendants motion within 10 days from the date of this Order.

DONE AND ORDERED at Miami, Florida, this 28 day of September 2001.

                                            PAUL C. HUCK
                                            UNITED STATES DISTRICT JUDGE
                                            SOUTHERN DISTRICT OF FLORIDA

cc: Michael Dittoe, AUSa
    Martin Raskin, Esq.