# CRIMINAL CALENDAR/MINUTES
# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA



FILED by _AJ_ D.C.
MAG. SEC.
OCT 12 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

U.S. MAGISTRATE JUDGE **WILLIAM C. TURNOFF**        Courtroom X

Case No. **00-6311-CR-Huck**   Date: **10/12/01**   Time: **10:30 am**   End: _____

Magistrate Clerk **Amy Jordan**

Tape No. 01G- **70 (2527)**

Title of Case **UNITED STATES** vs. **JOHN GALLO (J)**

U.S. Attorney (s)   Michael Dittoe   by Brian McCormick

Defendant Attorney (s)   Martin Raskin   (present)

Reason for Hearing:   Bond Hearing

Result of Hearing: Parties Stipulate to a $100,000.00 Bond with 10% deposited in Court Registry. Home Detention w/ electronic monitoring. Defendant may only leave his residence to visit his mother and for attorney visits with prior permission from Pretrial Services. Defendant Released from Custody.
- Motion for bail (D.E. #334) — Granted.