UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.   00-6311-CR-Huck

FILED by ___ D.C.
MAG. SEC.
OCT 16 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,

v.                                         **ORDER ON BOND MOTION**

JOHN GALLO
_____

      This Cause came before the Court upon motion of [defendant] (government) to (reduce)(increase)(modify) the bond. Upon consideration, it is
      **ORDERED AND ADJUDGED** as follows:
____ The motion is **denied**; bond remains at _____
The motion is **granted**; bond is set at:
    ____ Personal Surety, unsecured, in the amount of $_____

    ✓ Personal Surety in the amount of $ 100,000.00
    with 10% posted with Clerk of Court.
    ____ Personal Surety in the amount of $_____
    secured by the following collateral: _____

Full Cash in the amount of $_____
    ____ Corporate Surety in the amount of $_____
    ____ Full Cash or Corporate Surety in the amount of $_____ In addition to the standard conditions of bond, the following special conditions are hereby imposed:
__ SURRENDER ALL PASSPORTS & TRAVEL DOCUMENTS TO PRETRIAL SERVICES.
__ REPORT TO PRETRIAL SERVICES AS FOLLOWS:   WEEKLY IN PERSON;   WEEKLY BY PHONE.
__ TRAVEL RESTRICTED TO THE SOUTHERN DISTRICT OF FLORIDA.
__ MAINTAIN CURRENT RESIDENCE.
__ SUBMIT TO RANDOM URINE TESTING BY PRETRIAL SERVICES FOR THE USE OF NON-PHYSICIAN-PRESCRIBED SUBSTANCES PROHIBITED BY LAW.
__ MAINTAIN OR ACTIVELY SEEK FULL-TIME EMPLOYMENT.
__ MAINTAIN OR BEGIN AN EDUCATIONAL PROGRAM.
__ AVOID ALL CONTACT WITH VICTIMS OF OR WITNESSES TO THE CRIMES CHARGED__ REFRAIN FROM POSSESSING A FIREARM, DESTRUCTIVE DEVICE OR OTHER DANGEROUS WEAPON.   ✓ COMPLY
WITH THE FOLLOWING ADDITIONAL SPECIAL CONDITIONS OF THIS BOND: Home Confinement with Electronic monitoring; defendant may leave his home for attorney visits and to visit his mother, w/prior permission from Pretrial Services

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is: _____

**DONE AND ORDERED** at Miami, Florida this 12th day OCTOBER, 2001.
TAPE NO. 01G-70

c:AUSA, Defense,                          **WILLIAM C. TURNOFF**
Pretrial Services, Marshal                **UNITED STATES MAGISTRATE JUDGE**