UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   00-6311-CR-HUCK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JOHN GALLO,

      Defendant.
_____/

### GOVERNMENT'S MOTION FOR CONTINUANCE

COMES NOW the United States, hereby files this motion to continue the sentencing in the above captioned case, and in support thereof submits the following:

1. The Undersigned is fully familiar with the facts and circumstances of the above captioned case.

2. The matter is currently set for a sentencing hearing on December 10, 2001.

3. The undersigned is scheduled to be overseas on government business during the month of December.

4. Because the undersigned is fully familiar with the facts of this case, it would promote judicial efficiency for the undersigned to represent the United States at the sentencing of the defendant.



5. Defense counsel has no objection to the Court granting this motion to continue the date for the sentencing hearing.

WHEREFORE, the United States Moves this Court to continue the date of the sentencing hearting until after January 7, 2002.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
MICHAEL J. DITTOE
Assistant United States Attorney
Court No. A5500209
500 East Broward Blvd., Suite 700
Ft. Lauderdale, Florida 33394
Telephone: (954) 356-7255
Fax: (954) 356-7230

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed, this 27th day of November, 2001, to:

James Henderson
12121 Wilshire Boulevard
Suite 1120
Los Angeles, California 90025

_____
MICHAEL J. DITTOE
ASSISTANT UNITED STATES ATTORNEY

2