UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-CR-6311-HUCK

FILED by _____ D.C.
DEC 13 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

KEITH LAMPKIN,
JOHN GALLO,
CHARLIE HALL,

Defendant.
_____/

### ORDER GRANTING CONTINUANCE OF SENTENCING

THIS MATTER came before the Court by virtue of the Government's motion for a continuance of the sentencing filed November 27, 2001. The motion is granted. In order to accommodate the parties the sentencing is reset for January 18, 2002 at 3:00 p.m.

DONE AND ORDERED in Chambers, Miami, Florida, this 13 day of December, 2001.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

CC.   Michael Dittoe
      Paul Mckenna, Esq.
      James Henderson, Esq.
      Larry Handfield, Esq.
      Pretrial
      Probation

