UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6311-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN GALLO, et al.,

    Defendants.
_____/

NIGHT BOX FILED
DEC 17 2001
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

### STIPULATION AND AGREED MOTION TO MODIFY CONDITIONS OF BOND

    The Defendant, JOHN GALLO, through undersigned counsel, and the United States through its undersigned counsel, respectfully files this Stipulation and Agreed Motion to Modify the Conditions of Bond. In support of this motion the parties state the following:

1.    It is hereby stipulated and agreed by the parties in this action that the conditions of bail for the defendant John Gallo (Gallo) should be modified, as set forth below.

2.    On or about October 12, 2001, the court released Gallo on $100,000 bond (secured by a $10,000 cash payment) which required that he would be electronically monitored and that he be allowed to leave his home in order to deal with his mother's medical condition and consult with his attorney. Since his release, Gallo has been in full compliance with all conditions of his bond. Since that time, he has agreed to meet with foreign law enforcement authorities (at the request of the United States Attorney's Office) for debriefing with regard to matters under investigation in Europe.

RASKIN & RASKIN, P.A., ATTORNEYS AT LAW
GROVE FOREST PLAZA ● 2937 S.W. 27TH AVENUE ● SUITE 206 ● (COCONUT GROVE) MIAMI, FLORIDA 33133-3703 ● (305) 444-3400

3. Gallo has also agreed to the Government's request to postpone his sentencing as the prosecutor assigned to his case desired to travel outside the country in order to deal with other matters.

4. Additionally, since his release, Gallo's wife has moved from the family home leaving the defendant with responsibilities for his two teenage sons which Mrs. Gallo could not adequately control. As a result, the defendant cannot adequately communicate with his wife who is residing in a nearby apartment.

5. Further, the defendant is experiencing difficulty in completing tasks such as the filing of his 1999 and 2000 income tax returns and lending assistance to his employer, Digital Concepts, who holds the Gallo family's only potentially viable assets.

6. The matters set forth above have all been discussed with the government which is agreeable to allowing the defendant to be away from his residence during normal business hours (8:30 a.m. to 5:30 p.m.) until the time of his sentencing in order to attend to his family and business matters. Diana Cavenaugh, Gallo's Pre-Trial Services Officer, also concurs with the relief sought. Gallo would continue to be subject to electronic monitoring and the supervision of Pre-trial Services.

Wherefore, the parties respectfully request that this motion be granted, and that Defendant Gallo be allowed to leave his residence during normal business hours to attend to family and business matters.

- 2 -

RASKIN & RASKIN, P.A., ATTORNEYS AT LAW
GROVE FOREST PLAZA • 2937 S.W. 27TH AVENUE • SUITE 206 • (COCONUT GROVE) MIAMI, FLORIDA 33133-3703 • (305) 444-3400

Dated: Dec. 17, 2001

Dated: December 13, 2001

Dated: December 13, 2001

Michael Dittoe  
Assistant U.S. Attorney  
500 East Broward Blvd.  
Fort Lauderdale, FL 33301  

By: _____  
Michael Dittoe

LAW OFFICES OF JAMES D. HENDERSON  
Attorneys for Defendant John Henderson  
12121 Wilshire Boulevard Suite 1120  
Los Angeles, California 90025-1123  
(310) 478-3131 (phone)  
(310) 312-0078 (fax)  

By: _____  

for James D. Henderson  
California Bar Number 104150

RASKIN & RASKIN, P.A.  
Attorneys for Defendant John Gallo  
2937 Southwest 27th Avenue  
Miami, Florida 33133  
(305) 444-3400 (phone)  
(305) 443-0266 (fax)  

By: _____  

Martin Raskin  
Florida Bar Number 03125206

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been delivered by U.S. mail this _13_ day of December, 2001.

| | |
|---|---|
| Michael Dittoe | Ms. Connie Garcia |
| Assistant U.S. Attorney | U.S. Probation Officer |
| 500 East Broward Blvd. 7th Floor | 300 N.E. 1st Avenue, Room 315 |
| Fort Lauderdale, FL 33301 | Miami, FL 33132-2126 |

MARTIN R. RASKIN

RASKIN & RASKIN, P.A., ATTORNEYS AT LAW
GROVE FOREST PLAZA • 2937 S.W. 27TH AVENUE • SUITE 206 • (COCONUT GROVE) MIAMI, FLORIDA 33133-3703 • (305) 444-3400