UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



CASE NO. 00-6311-CR-HUCK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOHN GALLO, et al.,

        Defendants.
_____/

### ORDER

This matter, having come before the court upon the parties' Stipulation and Agreed Motion to Modify the Conditions of Bond, and good cause having been demonstrated, the motion is hereby GRANTED.

The conditions of bond for Defendant John Gallo are hereby modified to allow the defendant to be absent from his home from the hours of 8:30 a.m. until 5:30 p.m. for the purpose of maintaining his family responsibilities and business responsibilities relating to the company known as Digital Concepts, International. All other conditions of the defendant's bond will remain unchanged and electronic monitoring will continue.

DONE AND ORDERED this __18__ day of __Dec.__, 2001, in Miami, Miami-Dade County, Florida.

                                              UNITED STATES DISTRICT JUDGE