## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA



CASE NO.  00-6311-CR-HUCK- BROWN

UNITED STATES OF AMERICA,
        Plaintiff.
VS.


JOHN GALLO,
        Defendant.

_____/


## ORDER OR REMAND

It is hereby ORDERED that the defendant be REMANDED to the Custody of the United

States Marshal for Southern District of Florida and the Bond is revoked.

DONE AND ORDERED in Chambers, Miami, Florida this _18_ day of January   2002.


Paul C. Huck
United States District Judge

