UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6311-CR-HUCK/BROWN



UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN GALLO, et. al.

    Defendant.
_____/

## JOHN GALLO'S MOTION TO EXONERATE BOND AND FOR RETURN FOR DEPOSIT

The Defendant John Gallo, through undersigned counsel, respectfully files this motion to exonerate the defendant's bond and for the return of his $10,000 deposit with the clerk of court. In support of this motion, Gallo states the following:

1.    On January 18, 2002, Gallo was sentenced to imprisonment and remanded into custody. Upon the oral application of counsel for Gallo, the Court exonerated Gallo's bond.

2.    That same day, this Court rendered an Order Or (sic) Remand, remanding the defendant and revoking his Bond.

3.    Gallo submits that the Court's January 18, 2002 Order revoking his Bond is a scrivener's error, and does not reflect that the Court orally exonerated his Bond.

4.    Gallo requests that the Court grant this motion exonerating his Bond so that the Clerk's office will do so and return Gallo's $ 10,000 deposit, with interest, pursuant to the Clerk's bond receipt.

WHEREFORE, the Defendant John Gallo respectfully requests that this motion be granted, and the bond deposit returned forthwith.

RASKIN & RASKIN, P.A., ATTORNEYS AT LAW
GROVE FOREST PLAZA • 2937 S.W. 27TH AVENUE • SUITE 206 • (COCONUT GROVE) MIAMI, FLORIDA 33133-3703 • (305) 444-3400

Respectfully submitted,

RASKIN & RASKIN, P.A.
2937 S.W. 27th Ave., Suite 206
Grove Forest Plaza
Miami, Florida 33133-3703
Telephone (305) 444-3400
Fax (305) 445-0266
E-mail: mraskin@raskinlaw.com

By: _____
MARTIN R. RASKIN
FLA. BAR NO. 0315206

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been delivered by U.S. mail this 1st day of February, 2002 to:

Michael Dittoe
Assistant U.S. Attorney
7th Floor
500 East Broward Blvd.
Fort Lauderdale, FL 33301

_____
MARTIN R. RASKIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.00-6311-CR-HUCK

UNITED STATES OF AMERICA,

          Plaintiff,

v.

JOHN GALLO, et al.,

          Defendants.
_____/

**ORDER GRANTING DEFENDANT GALLO'S MOTION TO EXONERATE BOND AND RETURN DEPOSIT**

THIS CAUSE, having come before the Court upon Defendant John Gallo's Motion to Exonerate Bond and Return Deposit and the Court, having reviewed the motion and being duly advised on the premises, it is hereby GRANTED.

ORDERED AND ADJUDGED that Defendant's Motion to Exonerate Bond and Return Deposit is Granted. The Clerk of the Court is Ordered to exonerate Defendant Gallo's bond and return, with interest, Defendant Gallo's $10,000 deposit forthwith.

DONE AND ORDERED this _____ day of _____ 2002, in Miami, Miami-Dade County, Florida.

                                              _____
                                              UNITED STATES DISTRICT JUDGE