UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



CASE NO. 00-6311-CR-HUCK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOHN GALLO, et al.,

        Defendants.
_____/

## ORDER GRANTING DEFENDANT GALLO'S MOTION TO EXONERATE BOND AND RETURN DEPOSIT

THIS CAUSE, having come before the Court upon Defendant John Gallo's Motion to Exonerate Bond and Return Deposit and the Court, having reviewed the motion and being duly advised on the premises, it is hereby GRANTED.

ORDERED AND ADJUDGED that Defendant's Motion to Exonerate Bond and Return Deposit is Granted. The Clerk of the Court is Ordered to exonerate Defendant Gallo's bond and return, with interest, Defendant Gallo's $10,000 deposit forthwith.

DONE AND ORDERED this 11th day of Feb 2002, in Miami, Miami-Dade County, Florida.

                                                                UNITED STATES DISTRICT JUDGE