UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6311-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN GALLO, et al.,

    Defendants.
_____/

FILED by ____ D.C.

MAR 21 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## AMENDED ORDER
## GRANTING DEFENDANT GALLO'S MOTION TO EXONERATE BOND AND RETURN DEPOSIT

THIS CAUSE, having come before the Court upon Defendant John Gallo's Motion to Exonerate Bond and Return Deposit and the Court, having reviewed the motion and being duly advised on the premises, it is hereby GRANTED.

ORDERED AND ADJUDGED that Defendant's Motion to Exonerate Bond and Return Deposit is Granted. The Clerk of the Court is Ordered to exonerate Defendant Gallo's bond and return, with interest, Defendant Gallo's $10,000 deposit forthwith, pursuant to the clerk's bond receipt, by issuing a check payable to James Henderson, Esq., counsel for Gallo.

DONE AND ORDERED this _21st_ day of _March_ 2002, in Miami, Miami-Dade County, Florida.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE