UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6311-CR-HUCK

NIGHT BOX
FILED

2003

ENCE MADDOX
CLERK, USDC / SDFL / MIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| JOHN GALLO, | ) |
| | ) |
| Defendant. | ) |

## GOVERNMENT'S MOTION TO
## <u>REDUCE SENTENCE</u>

Comes now the United States of America and hereby files this motion to reduce the sentence of defendant John Gallo pursuant to Federal Rule of Criminal Procedure 35(b)(2)(B) and states as follows:

1. On January 25, 2002, this Court sentenced the defendant to 47 months' incarceration after pleading guilty to money laundering in violation of Title 18, United States Code, Section 1956 [DE 355].

2. As will be more fully elaborated at a hearing on this motion, the defendant has rendered substantial assistance involving a criminal investigation in Belgium related to the instant matter.

3. The substantial assistance provided to the Belgium authorities was within one year of his sentencing but did not become useful until more than one year after sentencing.



WHEREFORE, the United States respectfully moves this Court to reduce the defendant's sentence in accordance with Federal Rule of Criminal Procedure 35(b)(2)(B).

Respectfully submitted,

MARCOS D. JIMENEZ
UNITED STATES ATTORNEY

JEFFREY H. SLOMAN
ASSISTANT UNITED STATES ATTORNEY
FLORIDA BAR NO. 378879
500 E. BROWARD BLVD. 7TH FLOOR
FT. LAUDERDALE, FL 33394
TEL. NO. (954) 356-7255 ext. 3576
FAX NO. (954) 356-7336

## CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing was mailed this 26th day of September, 2003 to counsel for defendant, James D. Henderson, Esq., 12121 Wilshire Boulevard, Suite 1120, Los Angeles, California 90025-1123.

JEFFREY H. SLOMAN
ASSISTANT UNITED STATES ATTORNEY

2