UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6311-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHN GALLO,

    Defendant.
_____/

## NOTICE SETTING HEARING

PLEASE TAKE NOTICE that a hearing on Government's Motion to Reduce Sentence is hereby set for **Friday, October 17, 2003 at 1:30 p.m.** before the Honorable Paul C. Huck, United States District Judge, 99 NE 4th Street, Tenth Floor, Courtroom 6, Miami, Florida 33132.

DATED:    October 2, 2003

                                              Genevieve McGee
                                              Courtroom Deputy to the Honorable
                                              Paul C. Huck

cc:    Jeffrey Sloman, AUSA (954-356-7336)
        James D. Henderson, Esq. (310-312-0078)