| Calendar List | 10/17/2003 | Huck.OR6 |

**FILED by ___ D.C.**
OCT 17 2003
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**Calendar**

| Start | End | Category | Description |
|---|---|---|---|
| 17 Oct 2003 1:30 PM | 2:00 PM | | MOTION TO REDUCE SENTENCE |

00-6311-CR-HUCK

USA,   Jeffrey Sloman, AUSA 954-356-7255 (3576)
vs.
JOHN GALLO (J)
   James Henderson, Esq. (310-478-3131)

- Hearing Held

- Motion to Reduce Sentence Granted

- Order to Follow

- Court Reporter: Patricia Sanders